FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2019

SEAN F. McAVOY, CLERK

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Ronald T. Ribail, being first duly sworn on oath, depose and state as follows:

1.  As set forth more fully below, I have probable cause to believe that James Dean Cloud and Donovan Quinn Carter Cloud have committed the crime of Assault with a Dangerous Weapon, in violation of 18 U.S.C. § 113(a)(3) and § 1153.

2.  Your Affiant is a Special Agent of the Federal Bureau of Investigation (FBI) and has been so for the past 15 years. Your Affiant is currently assigned to the Seattle Division, Yakima Resident Agency, Eastern Washington Violent Crime Safe Streets Task Force (EWVCSSTF), and has been so assigned since April 2016. Prior to this, your affiant was assigned to the Norfolk Division, Newport News Resident Agency, Safe Streets Peninsula Task Force for approximately six years.

3.  As part of your Affiant's duties as a FBI Special Agent, your Affiant investigates violations of the Major Crimes Act in Indian Country (Title 18, United States Code Section 1153). As a federal agent, I am authorized to investigate violations of laws of the United States.

4.  On June 8, 2019, at approximately 4:04 p.m., law enforcement received a call of shots fired at 5151 Medicine Valley Road, White Swan, Washington. On June 8, 2019, Morris Bruce JACKSON ("Morris") and Natasha

1

Mae JACKSON ("Natasha") were arrested less than ten miles from 5151 Medicine Valley Road, within the boundaries of the Yakama Nation. Law enforcement officers conducted interviews with Morris and Natasha. At the conclusion of the interviews, law enforcement learned the following: during the afternoon of June 8, 2019, James Dean CLOUD ("James"), Donovan Quinn Carter CLOUD ("Donovan") shot and killed several people at 5151 Medicine Valley Road, White Swan, Washington. James and Donovan needed a means to escape from the area. James, Donovan, Morris and Natasha stole a vehicle from 5151 Medicine Valley Road and departed from the area. The stolen vehicle broke down less than ten miles from 5151 Medicine Valley Road, White Swan, Washington. James and Donovan were armed with firearms. Morris and Natasha separated from Donovan and James. Morris and Natasha left the area on foot and were arrested shortly thereafter. James and Donovan were together and headed towards a residence.

5. At 4:49 p.m., law enforcement received an emergency call of a home invasion/robbery at a residence located near where the stolen car had broken down and less than ten miles from 5151 Medicine Valley Road, and in the same area where Morris and Natasha were arrested. Law enforcement learned that the caller advised that two males approached the residence and displayed firearms. One of the males grabbed a child, and held a gun to the child's head. The males demanded that the property owners turn over keys for their vehicle. The property

owners immediately turned over their keys. The child was able to escape from the two males. Your affiant provided a photo montage to JV, an adult male who was present during the home invasion/robbery. JV identified Donovan as the male who held the gun at the child's head. JV was unable to identify James from a photo montage. The residence where the incident took place is within the boundaries of the Yakama Nation. James and Donovan are enrolled members of the Confederated Bands and Tribes of the Yakama Nation.

### III. CONCLUSION

6. Based on the foregoing, I have probable cause to believe that James Dean Cloud and Donovan Quinn Carter Cloud have committed the crime of Assault with a Dangerous Weapon, in violation of 18 U.S.C. § 113(a)(3) and 1153, and request that a criminal complaint and warrant be issued for his arrest on said violations. I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Ronald T. Ribail, Special Agent
Federal Bureau of Investigation

SWORN to telephonically and SUBSCRIBED electronically this __9th__ day of June, 2019.

Mary K. Dimke
United States Magistrate Judge

3