JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2019

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DEAN CLOUD and<br>DONOVAN QUINN CARTER CLOUD,<br><br>Defendants. | NO: 1:19-MJ-04045-MKD-1<br>     1:19-MJ-04045-MKD-2<br><br>MOTION TO SEAL COMPLAINT |

United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon, Assistant United States Attorney for said district, moves the Court for an Order to Seal the Complaint until further order of the Court or until the Defendants' arrest, whichever comes first.   Respectfully submitted this 9th day of June, 2019.

JOSEPH H. HARRINGTON
United States Attorney

*Thomas J. Hanlon*

Thomas J. Hanlon
Assistant United States Attorney