Joseph H. Harrington
United States Attorney
Eastern District of Washington
Thomas. J. Hanlon
Richard C. Burson
Assistant United States Attorneys
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 11 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD and<br>DONOVAN QUINN CARTER CLOUD,<br><br>Defendants. | 1:19-CR-2032-SMJ<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 2119, 2<br>Carjacking<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i), (ii)<br>Brandishing of a Firearm During a<br>Crime of Violence<br>(Counts 2, 3) |

The Grand Jury charges:

COUNT 1

On or about June 8, 2019, in the Eastern District of Washington, the

Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER

CLOUD, took a motor vehicle, to wit: a 2007 Chevrolet Silverado, that had been

INDICTMENT                                     1

transported, shipped, and received in interstate and foreign commerce from J.V. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, all in violation of 18 U.S.C. §§ 2119, 2.

## COUNT 2

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 3

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this

//

//

//

//

INDICTMENT                                               2

Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

DATED: June 11, 2019

A TRUE BILL

_____
Foreperson

Joseph H. Harrington
United States Attorney

_____
Thomas J. Hanlon
Assistant United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT 3