# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

INDICTMENT

NAME:   JAMES DEAN CLOUD

NUMBER OF COUNTS:   2

**Count 1:   18 U.S.C. § 2119**

Vio:  Carjacking

Penalty:  Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special assessment.

**Count 2:   18 U.S.C. § 924(c)**

Vio:  Brandishing of a Firearm in Furtherance of a Crime of Violence

Penalty:  Not less than 7 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

Case No.   **1:19-CR-2032-SMJ-1**

USA Initials: TJH