1 Jeremy B. Sporn
2 Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3 Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5 James Dean Cloud

6

7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF WASHINGTON
                     The Honorable Salvador Mendoza, Jr.
9

10 | United States of America,
11 |                         Plaintiff,        No. 1:19-CR-2032-SMJ-1
12 |      v.                                   **Notice of Appearance**
13 | James Dean Cloud,
14 |
15 |                         Defendant.

16      Please take notice that Jeremy B. Sporn of the Federal Defenders
17
18 of Eastern Washington and Idaho hereby enters his appearance as
19 counsel of record in this matter. All future correspondence and court
20
21 filings should be forwarded directly to the address listed above.

22
23
24
25

Notice of Appearance: 1

1  Dated: June 13, 2019.

By s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jeremy_Sporn@fd.org

## Certificate of Service

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Thomas J. Hanlon and Richard C. Burson, Assistant United States Attorneys.

s/ Jeremy B. Sporn
Jeremy B. Sporn

Notice of Appearance: 2