# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v.  James Dean Cloud**       **Case No.   1:19-cr-02032-SMJ-1**

**Arraignment on Indictment:**      **06/14/2019**

| | | | |
|---|---|---|---|
| ☒ | Tonia Ramirez, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| ☐ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Jeremy Sporn, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | ☒ | Interpreter – NOT REQUIRED |
| ☒ | Defendant present ☒ in custody USM (in restraints) | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will continue the previous appointment of the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

    Defense counsel objected and orally requested the court to revisit the issue of the use of full restraints.  Court overruled the objection and granted the continued use of restraints.
    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.