FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES DEAN CLOUD,<br><br>　　　　　　Defendant. | No. 1:19-CR-02032-SMJ-1<br><br>ORDER FOLLOWING ARRAIGNMENT ON INDICTMENT AND DENYING DEFENDANT'S MOTION TO RECONSIDER RESTRAINT ORDER<br><br>**ECF No. 26** |

　　On Friday, June 14, 2019, Defendant was arraigned on the Indictment (ECF No. 17). Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Thomas Hanlon represented the United States.

　　Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

　　Defendant was advised of, and acknowledged Defendant's rights.

　　Defendant pled not guilty.

ORDER - 1

1    The Court appointed counsel to represent Defendant (ECF No. 25) and
2    addressed detention (ECF No. 14) in previous orders.

3    The Court directs the parties to review the Local Criminal Rules governing
4    discovery and other issues in this case.  http://www.waed.uscourts.gov/court-
5    info/local-rules-and-orders/general-orders.

6    Defendant orally moved for the Court to reconsider its prior order (ECF No.
7    22) authorizing full restraints during magistrate court proceedings.  ECF No. 26.
8    Specifically, Defendant objected to the process by which the U.S. Marshal Service
9    made the request to the Court to place Defendant in full restraints and Defendant
10   requested an opportunity to cross-examine the relevant Deputy U.S. Marshals
11   regarding the circumstances of the request.

12   The Court denied Defendant's request.  First, Defendant provided no legal
13   authority supporting a request to cross-examine the Deputy U.S. Marshals
14   regarding their courtroom security requests.  Moreover, as noted in the prior order,
15   the Ninth Circuit's *Sanchez-Gomez* individualized assessment standard for
16   courtroom restraints is no longer good law.  *United States v. Sanchez-Gomez*, 138
17   S. Ct. 1532, 1542 (2018).  Although this Court continues to make individualized
18   assessments when ordering courtroom restraints, the vacated *Sanchez-Gomez*
19   opinion does not create any entitlement for Defendant to request the procedure he
20   seeks.

ORDER - 2

Second, the Court is not inclined to permit testimony articulating the specific security concerns posed in this courthouse, particularly in the presence of an individual with this Defendant's history of escape, attempted escape, and flight from law enforcement.

Third, and most importantly to this Court's consideration, the vast majority of the information the Court cited in its prior order authorizing full restraints is related to Defendant's prior conduct and is derived from court documents that have already been subject to challenge by Defendant's prior counsel.  The Court's order cites to Defendant's presentence investigation report and supervised release petitions from Defendant's prior federal criminal case, 2:10-cr-02077-RMP.  The information contained in these documents was subject to challenge by Defendant's attorney in that case.  Significantly, in support of his motion for reconsideration, Defendant did not challenge any of the information related to Defendant's prior conduct.  Defendant's current request to cross-examine the Deputy U.S. Marshals is not relevant to the information contained in the Court's order authorizing the use of full restraints, which order documents Defendant's substantial history of escape, attempted escape-related conduct, dangerous behavior while in custody, absconding from supervision, and flight from law enforcement.  Accordingly;

ORDER - 3

IT IS HEREBY ORDERED:

1. Defendant's Motion to Reconsider Restraint Order (**ECF No. 26**) is **DENIED**.

2. Defendant is bound over to Judge Salvador Mendoza, Jr. for further proceedings.

DATED this June 14, 2019.

s/<i>Mary K. Dimke</i><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 4