# PENALTY SLIP

SUPERSEDING INDICTMENT 1:19-CR-02032-SMJ-1

NAME: JAMES DEAN CLOUD

NUMBER OF COUNTS: 5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 7 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Count 1:** 18 U.S.C. § 2119

Vio: Carjacking

Penalty: Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special assessment.

**Count 2:** 18 U.S.C. § 924(c)(1)(a)(i)

Vio: Brandishing of a Firearm in Furtherance of a Crime of Violence

Penalty: Not less than 7 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

**Count 4:** 18 U.S.C. §§ 2109, 1153, 3559(f)(2)

Vio: Kidnapping

Penalty: Not less than 25 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

**Count 5:** 18 U.S.C. §§ 113(a)(3), 1153

Vio: Assault with a Dangerous Weapon

Penalty: Not more than 10 years imprisonment, $250,000, or both, 3 years supervised release, and $100 special assessment.

**Count 6:** 18 U.S.C. § 924(c)(1)(a)(i)

Vio: Brandishing of a Firearm in Furtherance of a Crime of Violence

Penalty: Not less than 7 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

Case No. 1:19-CR-02032-SMJ-1                USA Initials: TJH/RCB