Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
James Dean Cloud

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>                          Plaintiff,<br><br>   v.<br><br>James Dean Cloud,<br><br>                         Defendant. | No. 1:19-CR-2032-SMJ-1<br><br>**Joint Proposed Case Management Deadlines** |

James Dean Cloud, by and through his attorney, Jeremy B. Sporn, for the Federal Defenders of Eastern Washington and the government, submit the following Joint Proposed Case Management Deadlines:

Joint Proposed Case
Management Deadlines - 1

|  | Recommended Dates |
|---|---|
| All pretrial motion, including discovery motions, *Daubert* motions, and motions *in limine*, filed | September 17, 2019 |
| **PRETRIAL CONFERENCE** | **October 8, 2019** |
| CI's identities, and willingness to be interviewed disclosed to Defendant (if applicable) | October 14, 2019 |
| Grand jury transcripts disclosed to Defendant:<br><br>    Case Agent<br>    CIs (if applicable)<br>    Other Witnesses | October 14, 2019 |
| Exhibit lists filed and emailed to the Court | October 18, 2019 |
| Witness lists filed and emailed to the Court | October 18, 2019 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | October 18, 2019 |
| Exhibit binders delivered to parties and to the Court | October 18, 2019 |

Joint Proposed Case Management Deadlines - 2

| | |
|---|---|
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | October 18, 2019 |
| Trial notices filed with Court | October 18, 2019 |
| Technology readiness meeting (in-person) | October 21, 2019 |
| **JURY TRIAL** | **October 28, 2019** |

Dated: July 19, 2019.

Respectfully Submitted,

s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Attorney for James Dean Cloud
Federal Defenders of Eastern
Washington and Idaho, Attorneys for
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax

Joint Proposed Case
Management Deadlines - 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Richard C. Burson, Assistant United States Attorney, and Thomas J. Hanlon, Assistant United States Attorneys.

<u>s/ Jeremy B. Sporn</u>
Jeremy B. Sporn

Joint Proposed Case
Management Deadlines - 4