William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:19-CR-02032-SMJ-2 |
| Plaintiff, | |
| vs. | GOVERNMENT'S RESPONSE TO UNOPPOSED MOTION TO CONTINUE |
| JAMES DEAN CLOUD, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon and Richard C. Burson, Assistant United States Attorneys for the Eastern District of Washington, hereby responds to the Defendant's Unopposed Motion to Continue (ECF No. 99).

The United States continues to provide discovery upon receipt. As to the charged offenses, the United States has provided a fingerprint report, a DNA report, and a firearms interstate nexus report to counsel.

The United States has received requests for additional discovery. The United States is actively working with counsel to resolve any potential discovery issues in this case.

The United States has no objection to the motion to continue the current trial setting of October 28, 2019 to March 30, 2020.

DATED this 17th day of September, 2019.

        WILLIAM D. HYSLOP
        United States Attorney

        s/Thomas J. Hanlon
        THOMAS J. HANLON
        Assistant United States Attorney

        s/Richard C. Burson
        RICHARD C. BURSON
        Assistant United States Attorney

I hereby certify that on September 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: John B. McEntire, IV.

        s/THOMAS J. HANLON
        Thomas J. Hanlon
        Assistant United States Attorney
        United States Attorney's Office
        402 E. Yakima Avenue, Suite 210
        Yakima, WA 98901
        Phone: (509) 454-4425