1
2
3
4
5       **UNITED STATES DISTRICT COURT**
6        **EASTERN DISTRICT OF WASHINGTON**
7 UNITED STATES OF AMERICA,   )
               )
8      Plaintiff,   ) NO. 1:CR- 19 - 2032 -SMJ- 1
               )
9   v.       ) DEFENDANT'S STATEMENT
               ) OF REASONS IN SUPPORT
10 James Dean Cloud     ) OF THE MOTION TO
          , ) CONTINUE TRIAL
11      Defendant.  )
12
13    My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to
14 go to trial within a seventy-day period.  My attorney has also advised me that a continuance of the
15 trial is needed, and we discussed the reasons for a continuance.
16    A motion to continue the trial has been filed.
17    My attorney has advised me, and I understand that, if the Court grants the motion to
18 continue that all time between the date the motion to continue was filed and the new date for trial
19 will be excluded from the speedy-trial period under the Speedy Trial Act.
20    After reviewing the motion and discussing the reasons for the requested continuance with
21 my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset
22 the trial date from its current date of _10/28/2019_ to a date not later than 04/27/2020
23 for the following reasons as found in 18 U.S.C. § 3161: Finish reviewing all discovery,
 hire responsive experts in numerous areas (DNA, fingerprint, ballistics, eyewitness ID),
24
 interview witnesses, contemplate pretrial motions, and continue preparation for any possible
25
 intention by the United States to pursue capital charges.
26
27
28 Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1
                   Rev. 3/8/2016

1

2 _____

3 _____

4 _____.

5

6 I declare under penalty of perjury that the foregoing is true and correct.

7 _____
   Defendant    *James Cloud*

8 Date: ____9-30-19____

9 I have read this form and discussed the contents with my client.

10 _____
    Counsel for Defendant

11 Date: ____9/30/2019____

12 I have translated this form into a language in which the Defendant is conversant. If

13 questions have arisen, I have notified the Defendant's counsel of the questions and have

14 not offered not given advice nor personal opinions.

15 _____
    Interpreter (printed name)

16 _____
    Interpreter (signature)

17 Date: _____

18

19

20

21

22

23

24

25

26

27

28 Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2     Rev. 3/8/2016