

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America, | No. 1:19-CR-2032-SMJ-1 |
| Plaintiff, | Rule 16 Notice |
| v. | |
| James Dean Cloud, | |
| Defendant. | |

On October 4, 2019, the Court set a January 23, 2020 deadline to disclose Rule 16 expert witness summaries.[1] Consistent with this directive, notice is provided that, on this day, James Cloud disclosed via e-mail (to both the United States and the Court) the expert report and CV of Dr. Cara Laney, an expert in the field of psychology/false memories/eyewitness identification.[2]

Dated: January 23, 2020.

                                      Federal Defenders of Eastern Washington & Idaho
                                      <u>s/ John B. McEntire, IV</u>
                                      John B. McEntire, IV, WSBA #39469
                                      10 North Post Street, Suite 700
                                      Spokane, Washington 99201
                                      509.624.7606
                                      jay_mcentire@fd.org

---

[1] ECF No. 117.

[2] Note: Cara Laney is *not* Mr. Cloud's only anticipated expert disclosure. Mr. Cloud hired other experts, but those experts have yet to provide opinions, as they are waiting on additional discovery from the United States. Given the need for these experts to receive—and process—this additional discovery, the parties anticipate asking the Court to extend the Rule 16 disclosure deadline.

Rule 16 Notice
– 1 –

## Service Certificate

I certify that, on January 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Thomas J. Hanlon and Richard Burson.

s/ John B. McEntire IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org
