

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

## United States District Court
## Eastern District of Washington
### Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America, | No. 1:19-CR-2032-SMJ-1 |
| Plaintiff, | Supplemental Rule 16 Notice |
| v. | |
| James Dean Cloud, | |
| Defendant. | |

On January 23, 2020, James Cloud disclosed the Rule 16 report and CV of Dr. Cara Laney, an expert in the field of psychology/false memories/eyewitness identification.[1] After disclosing that report, Dr. Laney supplemented her report with a few additional facts and one additional opinion. Notice is provided that, on this day, James Cloud disclosed Dr. Laney's supplemental report to both the United States and the Court.

Dated: January 24, 2020.

    Federal Defenders of Eastern Washington & Idaho
    s/ John B. McEntire, IV
    John B. McEntire, IV, WSBA #39469
    10 North Post Street, Suite 700
    Spokane, Washington 99201
    509.624.7606
    jay_mcentire@fd.org

---

[1] ECF No. 125.

Rule 16 Notice
– 1 –

## Service Certificate

I certify that, on January 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Thomas J. Hanlon and Richard Burson.

s/ John B. McEntire IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org
