

Lorinda Meier Youngcourt
Trial Attorney, WA Bar 50988
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org
Counsel for James Dean Cloud

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-02032-SMJ-1 |
| Plaintiff, | |
| v. | MOTION FOR UNREDACTED DISCOVERY |
| JAMES DEAN CLOUD, | |
| Defendant. | |

JAMES DEAN CLOUD, by counsel, Lorinda Meier Youngcourt, moves the Court to order the United States Government to provide unredacted discovery.

MOTION FOR UNREDACTED DISCOVERY - 1

The government charged Mr. Cloud with Assault with a Dangerous Weapon on an Indian Reservation on June 10, 2019.  ECF No. 1.  The next day, the Grand Jury returned an indictment charging Mr. Cloud with a Carjacking, under 18 U.S.C. §2119, and Brandishing a Firearm During a Crime of Violence, under 18 U.S.C. §924(c)(1)(A)(i), and (ii).  ECF. No. 17.  If found guilty of count 2 the maximum penalty is life imprisonment.  ECF No. 19.

Mr. Cloud's defense team was recently advised by the government that a superseding indictment is expected in early February of 2020 which will add charges and an additional co-defendant.

The government has provided over 10 gigabytes of discovery including 8,000 pages of written discovery, numerous photographs, and audio files.  There are redactions throughout the documents provided.  The redactions make it difficult and in some instances impossible for counsel and Mr. Cloud to understand the evidence and prepare his defense.

There is no provision in Federal Rule of Criminal Procedure 16 or LCrR 16 which provides for the provision of redacted discovery.   In order for Mr. Cloud to receive the effective assistance of counsel in preparation of his defense he must be provided discovery which is not redacted[1].

---

[1] Mr. Cloud concedes that *Weatherford v. Bursey*, 97 S.Ct. 837, 846 (1977) states, "There is no general constitutional right to discovery in a criminal case."

MOTION FOR UNREDACTED DISCOVERY - 2

Dated: January 24, 2020

/s/ *Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org

### Certificate of Service

I certify that on January 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys Thomas J. Hanlon and Richard Cassidy Burson.

/s/ *Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org