Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
James D. Cloud

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>   v.<br><br>James D. Cloud,<br><br>                        Defendant. | No. 1:19-CR-2032-SMJ-1<br><br>**Notice of Non-Scannable Exhibit** |

      James D. Cloud, through counsel, hereby provides notice that he submitted to the Court, Exhibit A (Video Recording) in support of his Motion to Suppress.

//

//

//

//

Notice of Non-Scannable Exhibit: 1

Dated:   February 19, 2020

By s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Attorney for James D. Cloud
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jeremy_Sporn@fd.org

## Certificate of Service

I hereby certify that on February 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Thomas J. Hanlon and Richard C. Burson, Assistant United States Attorneys.

s/ Jeremy B. Sporn
Jeremy B. Sporn

Notice of Non-Scannable Exhibit:  2