# EXHIBIT A

(Non-Scannable)