

Lorinda Meier Youngcourt
Trial Attorney, WA Bar 50988
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org
Counsel for James Dean Cloud

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-02032-SMJ-1 |
| Plaintiff, | |
| v. | NOTICE OF POSITION ON CO-DEFENDANT'S MOTION FOR CONTINUANCE OF PTC AND TRIAL [ECF NO. 144] |
| JAMES DEAN CLOUD, | |
| Defendant. | |

JAMES DEAN CLOUD, by counsel, the Federal Defender's Office of Eastern

Washington and Idaho, notifies the Court that he takes no position on co-defendant

Donovan Cloud's Motion to Continue Pretrial Conference and Trial Dates and

Extend Deadlines, ECF No. 144.  James Cloud acknowledges 18 U.S.C. §3161(h)(6)

which allows for "A reasonable period of delay when the defendant is joined for trial

JAMES CLOUD'S NOTICE OF POSITION ON MOTION TO CONTINUE - 1

1    with a codefendant as to whom the time for trial has not run and no motion for

2    severance has been granted."

3    Dated:  February 24, 2020

4                                              /s/ Lorinda Meier Youngcourt
                                             Lorinda Meier Youngcourt
5                                              Federal Defenders of Eastern WA & ID
                                             10 North Post, Suite 700
6                                              Spokane, WA 99201
                                             (509) 624-7606
7                                              Lorinda_Youngcourt@fd.org

8

9                            **Certificate of Service**

        I certify that on February 24, 2020, I electronically filed the foregoing with the
10

        Clerk of the Court using the CM/ECF System, which will all parties of this motion.
11

12                                             /s/ Lorinda Meier Youngcourt
                                             Lorinda Meier Youngcourt
                                             Federal Defenders of Eastern WA & ID
13                                             10 North Post, Suite 700
                                             Spokane, WA 99201
14                                             (509) 624-7606
                                             Lorinda_Youngcourt@fd.org

15

16

17

18

19

20

21

JAMES CLOUD'S NOTICE OF POSITION ON MOTION TO CONTINUE - 2