**Yakama Nation Info**
Jun 9, 2019 at 3:19 PM

# *IMPORTANT ANNOUNCEMENT*



**Confederated Tribes and Bands of the Yakama Nation** — Established by the Treaty of June 9, 1855

FOR IMMEDIATE RELEASE – JUNE 9, 2019

**All Suspects Connected to Five Murders Have Been Apprehended**

**TOPPENISH, WA** – All suspects wanted in connection with five homicides that occurred on the Yakama Reservation on Saturday, June 8, 2019, are in custody. The remaining two suspects were apprehended at 2:00 pm today. At this time there are no further suspects wanted. We would like to thank all law enforcement agencies that supported the apprehension of these dangerous subjects. We appreciate all the support from the community during this investigation.

###

43    EXHIBIT A