Yakama Nation Info
Jun 9, 2019 at 5:12 PM • 🌐

# ***UPDATED INFORMATION***



FOR IMMEDIATE RELEASE – JUNE 9, 2019 (5:00 pm)

*UPDATED INFORMATION*

### ONE SUSPECT REMAINS AT LARGE IN RESERVATION MURDERS

TOPPENISH, WA – Due to misidentification, one suspect remains at large in the five murders that were committed on the Yakama Reservation on Saturday, June 8, 2019. James Cloud (07/08/1983), who is pictured below, is still being sought by law enforcement agencies. James is considered armed and extremely dangerous, if you see this subject do not approach him, and call 911. If you know his whereabouts please call 911 immediately.



###