

**YAKIMA COUNTY SHERIFF'S OFFICE**   Ken Irwin, Sheriff
P.O. Box 1388, YAKIMA, WASHINGTON 98907   Telephone (509) 574-2500
Toll Free 1-800-572-0490
Fax (509) 574-2621

## YAKIMA COUNTY SHERIFF'S DEPARTMENT

### PHOTOGRAPHIC LINE-UP

### INSTRUCTIONS

CASE # _____

You are about to be shown a group of photographs. Before you view these photographs, please read the following carefully:

1. Because an officer is showing you a group of photographs, this should not influence your judgment in any way.

2. The person who committed the crime may or may not be in this group of photographs.

3. It is just as important to eliminate innocent persons as it is to identify those persons responsible.

4. You are in no way obligated to identify anyone.

5. Study each photograph carefully before making any comments. Consider that the photographs could be old or new, that the hair styles change and those persons can alter their appearance by growing or shaving facial hair.

6. Special instructions: _____

I declare that no other instructions about the photographs or the subject were given to me before viewing this photographic lineup.

_____ 6/9/19
Person viewing the photo line-up      Date

_____ 6/9/19
Officer showing the photo line-up      Date

Photo number selected:
5035 None    5033 None
5031 4       5032 6

Comments: 5035 No females scene
5031 #4 looks similar the eyes, more facial hair, shotgun
5033 had rounded cheeks like 5 shotgun
5032 looks like guy had pistol to son's head, facial hair, weight, hair teared up almost word

(If the person selects a photograph, have them place their signature along with the date and time of selection on the back of the ph

John Verwey
45                             EXHIBIT C