Lineup: 5032  6/9/2019 11:49:33 AM

| Position | Name Number | Name |
|---|---|---|
| 1. | 10684 | ██████████ |
| 2. | 4027 | ██████████ |
| 3. | 20020 | ██████████ |
| 4. | 2822 | ██████████ |
| 5. | 185 | ██████████ |
| 6. | 140409 | CLOUD, DONOVAN QUINN CART |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

46  EXHIBIT D

Lineup: 5032

6/9/2019 11:49:33 AM



1

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

47 EXHIBIT D

Lineup: 5032                                6/9/2019 11:49:33 AM



2

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

48                          EXHIBIT D



Lineup: 5032   6/9/2019 11:49:33 AM



4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

50   EXHIBIT D

Lineup: 5032                                      6/9/2019 11:49:33 AM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

51                              EXHIBIT D

Lineup: 5032     6/9/2019 11:49:33 AM



6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

52     EXHIBIT D