Lineup: 5033                                                      6/9/2019 11:58:15 AM

| Position | Name Number | Name |
|---|---|---|
| 1. | 23856 | ■■■■■■■■■■ |
| 2. | 7166 | CLOUD, JAMES DEAN |
| 3. | 85395 | ■■■■■■■■■■ |
| 4. | 51017 | ■■■■E, ■■■■■■ |
| 5. | 28653 | ■■■■■■■■■■ |
| 6. | 98982 | ■■■■■■ |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

53                                    EXHIBIT E



Lineup: 5033

6/9/2019 11:58:15 AM



2

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

55                                       EXHIBIT E

Lineup: 5033

6/9/2019 11:58:15 AM



**3**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED



Lineup: 5033

6/9/2019 11:58:15 AM

4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5033                                                      6/9/2019 11:58:15 AM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

58                                                               EXHIBIT E

Lineup: 5033                                                                6/9/2019 11:58:15 AM



**6**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

59                                       EXHIBIT E