Lineup: 5034                                             6/9/2019 12:08:01 PM

| Position | Name Number | Name |
|---|---|---|
| 1. | 2569 | ███████████ |
| 2. | 11263 | ███████████ |
| 3. | 323005 | ███████ |
| 4. | 11882 | J██████, M██████ |
| 5. | 156013 | ███████████ |
| 6. | 4405 | ███████ |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5034

6/9/2019 12:08:01 PM



1

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5034

6/9/2019 12:08:01 PM



2

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5034                                                6/9/2019 12:08:01 PM



**3**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5034                                                             6/9/2019 12:08:01 PM



4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5034

6/9/2019 12:08:01 PM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

65                                                                 EXHIBIT F

Lineup: 5034                                                    6/9/2019 12:08:01 PM



6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

66                                    EXHIBIT F