

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America, | No. 1:19-CR-2032-SMJ-1 |
| Plaintiff, | Notice on Videoconferencing |
| v. | |
| James Dean Cloud, | |
| Defendant. | |

In a May 22, 2020 Order, the Court converted the parties' in-person suppression hearing to a videoconference hearing.[1] In that Order, the Court noted if either James Cloud or Donovan Cloud do "not consent to the hearing being conducted by videoconference," then that party shall take the following steps:

    1) file a notice reflecting as much;

    2) propose an alternative plan; and

    3) include in the notice the other parties' positions.[2]

The parties met, conferred, and do not consent to the suppression hearing proceeding via videoconference. This is a position shared by all parties, including the United States.

The parties jointly-submit the following alternative plan:

    1) to reset the suppression hearing at a time after the Eastern District of Washington lifts the emergency, Covid-19-related measures implemented in General Order No. 20-101-1;[3]

    2) to have an in-person suppression hearing consistent with CDC-recommended guidelines on social distancing between parties (recognizing exceptions may be needed for counsel to effectively communicate with Messrs. Cloud and Cloud);

---

[1] ECF No. 166.
[2] ECF No. 166.
[3] https://bit.ly/Order20-101-1, last accessed on May 28, 2020.

Notice on Videoconferencing
– 1 –

3) to have masks on clients and the parties (if the Court deems it necessary); and

4) to *not mask* any witnesses providing testimony.

The parties also would not object to erecting temporary plexi-glass in specific locations within the courtroom (e.g., between the Court and the witness stand).

Dated: May 28, 2020

Federal Defenders of Eastern Washington & Idaho
s/ John B. McEntire, IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org

### Service Certificate

I certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Thomas J. Hanlon and Richard Burson.

s/ John B. McEntire IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org