

Lorinda Meier Youngcourt
Trial Attorney, WA Bar 50988
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org
Counsel for James Dean Cloud

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DEAN CLOUD,<br><br>　　　　Defendant. | Case No.  1:19-cr-2032-SMJ-1<br><br>NOTICE OF WITHDRAW OF ECF NO. 146 (MOTION TO SUPPRESS DEFENDANT'S STATEMENTS) |

JAMES DEAN CLOUD, by counsel, Lorinda Meier Youngcourt of the Federal Defenders Office of Eastern Washington and Idaho, notifies the Court and Assistant U.S. Attorneys he withdraws his Motion to Suppress Defendant's Statements, ECF No. 146.

NOTICE OF WITHDRAW OF ECF NO. 146 - 1

Dated: June 3, 2020

/s/ *Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org

## Certificate of Service

I certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to THOMAS J. HANLON and RICHARD C. BURSON, Assistant United States Attorneys.

/s/ *Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org