William D. Hyslop
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorneys
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 1:19-cr-02032-SMJ-1 |
| v. | |
| JAMES DEAN CLOUD, | GOVERNMENT'S WITNESS LIST – JUNE 23, 2020 HEARING ON MOTION TO SUPPRESS |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop,

United States Attorney for the Eastern District of Washington, Thomas J.

Hanlon, Assistant United States Attorney for the Eastern District of Washington,

and Richard C. Burson, Assistant United States Attorney for the Eastern District

of Washington, submits the following United States' Witness List for the hearing

on Defendant's motion to suppress, currently scheduled for June 23, 2020 at

9:00 a.m.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Witness No. | Identity |
|---|---|
| 1 | FBI Special Agent Ronald T. Ribail |

Dated:  June 17, 2020.              William D. Hyslop
                                    United States Attorney

                                    *s/ Richard C. Burson*
                                    Richard C. Burson
                                    Assistant United States Attorney

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2020, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following: Lorinda Youngcourt, Esq.; John B. McEntire, IV,

Esq.; Jeremy B. Sporn, Esq.

                                      _s/Richard C. Burson_
                                      Richard C. Burson
                                      Assistant United States Attorney