

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>James Dean Cloud,<br><br>　　　　　　　Defendant. | No. 1:19-CR-2032-SMJ-1<br><br>Exhibit List for June 23, 2020 Eyewitness ID Hearing |

James Cloud submits the following exhibit list for the upcoming eyewitness ID hearing:

| # | Status | Description |
|---|---|---|
| 1000 | | Line-Up 5033 (James Cloud). Administered to J.V. on June 9, 2019 |
| 1001 | | Yakima County Sheriff's Office - Line-Up Instructions for J.V. |
| 1002 | | Yakima County Sheriff's Office - Eyewitness ID Policy |
| 1003 | | Screenshot from Text Exchange Between FBI Special Agent Ronald T. Ribail and J.V. |
| 1004 | | FBI Special Agent Ronald Ribail's 302 Report from Line-Up Administration with J.V. |
| 1005 | | FBI Special agent Ronald Ribail's 302 Report from Follow-Up with J.V. on Facebook Search |
| 1006 | | James Cloud's Wanted Poster |
| 1007 | | James Cloud's Jail Booking Photo – 06.10.19 |
| 1008 | | James Cloud Side-by-Side Photos |
| 1009 | | January 6, 2017 Memo from Deputy Attorney General Sally Yates to All Law Enforcement Department Heads |
| 1010 | | October 1999 – Department of Justice – Eyewitness Evidence – A Guide for Law Enforcement |

| # | Status | Description |
|---|--------|-------------|
| 1011 | | FBI Eyewitness ID Policy Implementation Guide – November 26, 2013 |
| 1012 | | FBI Eyewitness ID Policy Implementation Guide – June 9, 2019 |

Mr. Cloud reserves the right to amend this exhibit list as needed in the interests of justice.

Dated: June 17, 2020

        Federal Defenders of Eastern Washington & Idaho
        Attorneys for James D. Cloud

        <u>s/ John B. McEntire, IV</u>
        John B. McEntire, IV, WSBA #39469
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        509.624.7606
        jay_mcentire@fd.org

**Service Certificate**

I certify that on June 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Tom Hanlon and Richard Burson.

<u>s/ John B. McEntire IV</u>
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org