Lineup: 5033                                          6/9/2019 11:58:15 AM

| Position | Name Number | Name |
|----------|-------------|------|
| 1. | 23856 | |
| 2. | 7166 | CLOUD, JAMES DEAN |
| 3. | 85395 | |
| 4. | 51017 | |
| 5. | 28653 | |
| 6. | 98982 | |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000**

Lineup: 5033                                          6/9/2019 11:58:15 AM



1

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-2**

Lineup: 5033

6/9/2019 11:58:15 AM



**2**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-3**

Lineup: 5033

6/9/2019 11:58:15 AM



3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-4**

Lineup: 5033                                          6/9/2019 11:58:15 AM



4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-5**

Lineup: 5033                                        6/9/2019 11:58:15 AM



**5**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-6**

Lineup: 5033                                                        6/9/2019 11:58:15 AM



**6**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-7**