

Lorinda Meier Youngcourt
Trial Attorney, WA Bar 50988
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org
Counsel for James Dean Cloud

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES DEAN CLOUD,<br><br>    Defendant. | Case No. 1:19-cr-2032-SMJ-1<br><br>JOINT[1] EMERGENCY MOTION TO CONTINUE HEARING AND STATUS CONFERENCE<br><br>Without Argument |

JAMES DEAN CLOUD, by counsel, Lorinda Meier Youngcourt of the Federal Defenders of Eastern Washington and Idaho, moves the Court to continue the hearing and status conference set for Tuesday, June 23, 2020 due to the flare up in COVID-19 cases over the weekend.

---

[1] Counsel for the government and Mr. Donovan Cloud all agree with the request to continue the hearing and status conference to a date when the Yakima Courthouse is officially open.

EMERGENCY MOTION TO CONTINUE - 1

Mr. Cloud was initially charged via complaint on June 10, 2020 [ECF No. 1]. . The next day, the government indicted Mr. Cloud on two counts. [ECF No. 17]. The indictment has been twice superseded. [ECF Nos. 59, 132]. After two continuances, trial in this matter is set for January 19, 2021 [ECF. No. 165].

Mr. Cloud filed his Motion to Suppress J.V.'s Tainted Identification on February 18, 2020 requesting an evidentiary hearing [ECF No. 147] which is set for tomorrow, June 22, 2020 [ECF No. 170]. Mr. Cloud will be presenting the testimony of expert witness Cara Laney, Ph.D. who planned on traveling to Yakima, Washington from Caldwell, Idaho. Due to concerns over the drastic increase in COVID-19 cases in Yakima County over the past three days Dr. Laney, who has an underlying health condition which places her at greater risk of death were she to contract COVID, does not wish to travel to Yakima at this time.

According to local Yakima news, 117 new COVID cases and six deaths were reported yesterday. KIMA, *Yakima County reports 117 new COVID-19 cases on Sunday,* https://kimatv.com/news/local/117-new-covid-19-cases-reported-on-sunday-in-yakima-county (last visited 6/22/2020). According to the Yakima Health District, local hospitals have no intensive care or non-intensive care beds available despite having transferred patient out of county. Yakima Herald, *Yakima County hospitals exceed capacity; report critical staffing shortages,* https://www.yakimaherald.com/special_projects/coronavirus/yakima-county-hospitals-exceed-capacity-report-critical-staffing-shortages/article_9e24ab98-dd28-

EMERGENCY MOTION TO CONTINUE - 2

5bd4-a829-8dce719f251d.html (last visited 6/22/2020).  The Yakima County Jail, where Mr. Cloud is housed, reports 19 inmates are positive for COVID-19 as of last week.  Yakima Herald, *Update:  19 inmates at Yakima County jail test positive for coronavirus*, https://www.yakimaherald.com/special_projects/coronavirus/update-19-inmates-at-yakima-county-jail-test-positive-for-coronavirus/article_21cb4139-2cee-5806-9127-106152214e3b.html (last visited 6/22/2020).

Given the recent flare up on COVID-19 cases in Yakima it would be prudent to continue the hearing to a date when the Yakima County Courthouse is officially open.  Further, no party will be harmed by the delay in holding the hearing.

Dated:  June 22, 2020

*/s/Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org

### Certificate of Service

I certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

*/s/Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org

EMERGENCY MOTION TO CONTINUE - 3