


John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>James Dean Cloud,<br><br>Defendant. | No. 1:19-CR-2032-SMJ-1<br><br>Joint Status Report on Upcoming Identification Hearing |

On September 3, 2020, the Court entered an Order confirming the upcoming identification hearing will be held in-person, and directed the parties to notify the Court about the following:

1) how much time the parties expect the hearing to take;

2) a proposed sequence for the hearings; and

3) anything else the parties wish to bring to the Court's attention.[1]

The parties met, conferred,[2] and offer the following responses:

***Hearing length.*** There are three pending eyewitness motions before the Court:

1) James Cloud's Motion to Suppress J.V.'s Tainted Identification[3];

2) James Cloud's Motion in Limine Re: Lindell LaFollette's False Memory[4]; and

3) James Cloud's Motion to Exclude E.Z.'s Unreliable ID.[5]

For these motions, the parties anticipate the Court taking testimony from at least three witnesses, including FBI special Agent Ronald T. Ribail, a detective (or two)

---

[1] ECF No. 187 at 2.

[2] The United States and James Cloud agree on the substance contained in this Status Report. Donovan Cloud elected to file separate materials reflecting his position. *See* ECF Nos. 189-191.

[3] ECF No. 147.

[4] ECF No. 185.

[5] ECF No. 186.

from the Yakima County Sheriff's Office, and Dr. Cara Laney. Given the need for substantive testimony from at least three witnesses, the parties expect a full day of testimony on September 29, with any clean-up testimony (e.g., re-direct) wrapping up on the morning of September 30, followed by argument.

In short, the parties expect the entire hearing to last roughly 1.5 days.

***Sequencing.*** The parties believe it makes the most sense to handle the motions (and testimony) in the following order: first the motion involving J.V.; then the motion involving Mr. LaFollette; and wrapping up with the motion involving E.Z. The witness order would be as follows:

1) FBI Special Agent Ronald Ribail – direct + cross;
2) YCSO detectives – direct + cross; and
3) Dr. Cara Laney – direct + cross.

***Anything else the Court should know.*** The parties believe it would be beneficial to discuss scheduling and other logistical matters for this trial, so additional time—besides the 1.5 days allocated for the motions—would be appreciated.

Dated: September 11, 2020.

Federal Defenders of Eastern Washington & Idaho
s/ John B. McEntire, IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org

**Service Certificate**

I certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Thomas J. Hanlon and Richard Burson.

s/ John B. McEntire IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org