William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard Burson
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:19-CR-02032-SMJ-1 |
| Plaintiff, | Notice of Non-Scannable Exhibit |
| vs. | |
| JAMES DEAN CLOUD, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon and Richard C. Burson, Assistant United States Attorneys for the Eastern District of Washington, hereby submits to the Court, 2 CD's containing video interviews entitled Government's Exhibit A referenced in the United States Response to Defendant's Motion to Suppress Victim E.Z.'s Identification.

//

//

1

DATED: September 11th, 2020

William D. Hyslop
United States Attorney

*s/ Thomas J. Hanlon*
Thomas J. Hanlon
Assistant United States Attorney

*s/ Richard Burson*
Richard Burson
Assistant United States Attorney

2

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Lorinda Youngcourt, Esq.; John B. McEntire, IV, Esq.; Jeremy B. Sporn, Esq.

                            *s/ Richard Burson*
                            Richard Burson
                            Assistant United States Attorney