

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>James Dean Cloud,<br><br>                    Defendant. | No. 1:19-CR-2032-SMJ-1<br><br>Updated Witness List for September 29, 2020 Eyewitness ID Hearing |

On June 17, 2020, James Cloud submitted a witness list for the June 23, 2020 eyewitness ID hearing.[1] Since that time, the Court reset the hearing and will consider two additional motions.[2] Given these updates, James Cloud submits the following, revised witness list:

| # | Witness |
|---|---|
| 1 | Dr. Cara Laney, Eyewitness ID Expert |
| 2 | Chris Reyes, investigator, Federal Defenders |
| 3 | Cole Rojan, investigator, Federal Defenders |

James Cloud reserves the right to amend this witness list in the interests of justice.

Dated: September 22, 2020

        Federal Defenders of Eastern Washington & Idaho
        Attorneys for James D. Cloud

        <u>s/ John B. McEntire, IV</u>
        John B. McEntire, IV, WSBA #39469
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        509.624.7606
        jay_mcentire@fd.org

---

[1] ECF No. 174.

[2] *See* ECF No. 185 (Motion in Limine Re: Lindell LaFollette's False Memory); ECF No. 186 (Motion to Exclude E.Z.'s Unreliable ID).

**Service Certificate**

I certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Tom Hanlon and Richard Burson.

<u>s/ John B. McEntire IV</u>
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org