FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD (01), and DONOVAN QUINN CARTER CLOUD (02),<br><br>Defendants. | No.   1:19-cr-02032-SMJ-1<br>        1:19-cr-02032-SMJ-2<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The United States' Motion for Protective Order, **ECF No. 207**, and related Motion to Expedite, **ECF No. 208**, are **GRANTED**. Under Federal Rule of Criminal Procedure 16(d)(1), and for good cause, the United States' proposed Protective Order, **ECF No. 207**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of September 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER – 1