Lineup: 5033

6/9/2019 11:58:15 AM

| Position | Name Number | Name |
|---|---|---|
| 1. | 23856 | |
| 2. | 7166 | CLOUD, JAMES DEAN |
| 3. | 85395 | |
| 4. | 51017 | |
| 5. | 28653 | |
| 6. | 98982 | |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1000**



DEFENDANT'S EXHIBIT 1000-2

Lineup: 5033

6/9/2019 11:58:15 AM



2

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1000-3**

Lineup: 5033

6/9/2019 11:58:15 AM



3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1000-4**



Lineup: 5033

6/9/2019 11:58:15 AM

4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1000-5**

Lineup: 5033

6/9/2019 11:58:15 AM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**

**1000-6**

