

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/19/2019

███████ (PROTECT IDENTITY), date of birth (DOB) ███████, was interviewed at ██ Evans Rd., ███████ After being advised of the identity of the interviewing Agent, also present was Det. Dan Cypher (YSO), and the nature of the interview, V    provided the following information:

██████ was read Photographic Lineup instructions and allowed to read them. ████ and writer subsequently signed the instructions. ████ reviewed four sets of photographs containing six photographs each. The groups are numbered 5032, 5033, 5034, and 5035. During the review ████ provided the following information:

5032 - ████ was visibly shaken and his eyes teared up when he reviewed #6 (DONOVAN CLOUD). ████ stated that #6 looks like the man that held the pistol to his son's head. The facial hair, height, and hair style were similar. When asked about his reaction, ████ stated that he became overwhelmed with emotions when he saw the photograph. ████ identified photograph #6 as the individual that held a gun to his son's head and signed the bottom of the photograph.

5033 - ████ did not identify anyone but noted that the man holding the shotgun had rounded cheeks like #5 (CASEY ROBERT TAHMALWALSH).

5034 - ████ did not identify anyone, but noted that the man holding the shotgun had similar eyes to, but more facial hair than #4 (MORRIS BRUCE JACKSON).

5035 - Did not identify anyone. ████ did not see any females when his vehicle was stolen.

████ wasn't sure if he previously notified officers that the man with the shotgun also had a large knife/machete and was holding one in each hand. ████ wasn't sure but believes the machete had a sheath over the

| Investigation on | 06/09/2019 | at | White Swan, Washington, United States (In Person) |

File # 198A-SE-3120298    Date drafted   06/13/2019

by Ronald T. Ribail

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DEFENDANT'S EXHIBIT
1004



198A-SE-3120298

Continuation of FD-302 of (U) ▮▮▮▮▮▮ , On 06/09/2019 , Page 2 of 2

blade.

    Later that day, writer and Det. Cypher were driving through the ▮▮▮▮'s driveway to look in ▮▮▮▮'s field for evidence, when ▮▮▮▮ requested to speak to Agents. ▮▮▮▮ notified that he saw a Facebook posting that had two pictures of the carjacking subjects. One of the pictures showed the same person he previously identified as holding a pistol to his son's head. The other picture was the individual that had the shotgun and machete. ▮▮▮▮ stated that he was 100 percent sure these were the two carjacking subjects. ▮▮▮▮ stated that the pictures were better representations of them.

    The signed instructions, signed photograph of DONOVAN CLOUD, and lineups will be made part of the investigative file.

**DEFENDANT'S EXHIBIT**

**1004-2**