# James D. Cloud's Booking Photo

# June 10, 2019



DEFENDANT'S EXHIBIT
**1007**