**James D. Cloud's Line-Up Photo**

**Shown to J.V. on June 9, 2019**

**James D. Cloud's Booking Photo**

**Taken June 10, 2019**




DEFENDANT'S EXHIBIT

**1008**