Lineup: 5032                                            6/9/2019 11:49:33 AM

| Position | Name Number | Name |
|---|---|---|
| 1. | 10684 | |
| 2. | 4027 | |
| 3. | 20020 | |
| 4. | 2822 | |
| 5. | 185 | |
| 6. | 140409 | CLOUD, DONOVAN QUINN CART |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1013**



Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1013-2**

U.S. v .Cloud et al 1:19-CR-02032-SMJ

000000818



Lineup: 5032    6/9/2019 11:49:33 AM

**2**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1013-3**

Lineup: 5032

6/9/2019 11:49:33 AM



3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1013-4**

U.S. v .Cloud et al 1:19-CR-02032-SMJ

000000820



Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
1013-5



Lineup: 5032

6/9/2019 11:49:33 AM

5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**

**1013-6**

Lineup: 5032

6/9/2019 11:49:33 AM



**6**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

**1013-7**

U.S. v .Cloud et al 1:19-CR-02032-SMJ

000000823