Lineup: 5034                                        6/9/2019 12:08:01 PM

| Position | Name Number | Name |
|---|---|---|
| 1. | 2569 | ▓▓▓▓▓▓▓▓▓▓ |
| 2. | 11263 | ▓▓▓▓▓▓▓▓▓▓ |
| 3. | 323005 | ▓▓▓▓▓▓▓▓▓▓ |
| 4. | 11882 | JACKSON, MORRIS BRUCE |
| 5. | 156013 | ▓▓▓▓▓▓▓▓▓▓ |
| 6. | 4405 | ▓▓▓▓▓▓▓▓▓▓ |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1014**

Lineup: 5034

6/9/2019 12:08:01 PM



1

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**

**1014-2**

Lineup: 5034                                                                                        6/9/2019 12:08:01 PM



2

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT 1014-3**

U.S. v .Cloud et al 1:19-CR-02032-SMJ                                                                    000000833

Lineup: 5034                                                                                      6/9/2019 12:08:01 PM



3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1014-4**



Lineup: 5034

6/9/2019 12:08:01 PM

4

**DEFENDANT'S EXHIBIT**
**1014-5**

U.S. v .Cloud et al 1:19-CR-02032-SMJ

000000835

Lineup: 5034                                                                                           6/9/2019 12:08:01 PM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1014-6**

Lineup: 5034

6/9/2019 12:08:01 PM



6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1014-7**