Lineup: 5035

6/9/2019 12:32:14 PM

| Position | Name Number | Name |
|---|---|---|
| 1. | 253690 | ████████ |
| 2. | 5674 | ████████ |
| 3. | 10587 | ████████ |
| 4. | 182163 | ████████ |
| 5. | 294333 | ████████ |
| 6. | 55604 | JACKSON, NATASHA MAE |

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1015**

000000838



Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
1015-2



Lineup: 5035

6/9/2019 12:32:14 PM

2

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
1015-3

U.S. v .Cloud et al 1:19-CR-02032-SMJ

000000840



Lineup: 5035

6/9/2019 12:32:14 PM

3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
1015-4

U.S. v. Cloud et al 1:19-CR-02032-SMJ

000000841

Lineup: 5035

6/9/2019 12:32:14 PM



4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1015-5**

Lineup: 5035

6/9/2019 12:32:14 PM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT

1015-6

Lineup: 5035

6/9/2019 12:32:14 PM



6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
1015-7