FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/20/2019

L█████ L████████, date of birth (DOB)████████, was interviewed at 4982 Progressive Rd, Wapato, WA.  After being advised of the identity of the interviewing Agent, also present was Det. Dan Cypher (YSO) and the nature of the interview, LAFOLLETTE provided the following information:

L██████ was read Photographic Lineup instructions and allowed to read them. L███████ and writer subsequently signed the instructions. L████████ reviewed four sets of photographs containing six photographs each. The groups are numbered 5032, 5033, 5034, and 5035. During the review L████████ provided the following information:

5032 - L████████ did not identify anyone.

5033 - L████████ did not identify anyone.

5034 - L████████ stated that #4 (MORRIS JACKSON)possibly looks like the guy that had blue shorts, a hat over his head and had the shotgun.  Then L████████ said "that is the person that shot me and had the shotgun," identifying him as the shooter with the shotgun.  L████████ stated that #2 (QUENTINE SAMPSON)looks sort of like the other shooter but did not identify him.

5035 - L████████ did not identify anyone. He did not see a female.

During the interview, L████████ notified that he has health issues and sometimes has short term memory loss.

The signed instructions and lineups will be made part of the investigative file.

**DEFENDANT'S EXHIBIT**

**1016**

Investigation on    06/09/2019    at    Wapato, Washington, United States (In Person)

File #    198A-SE-3120298                                    Date drafted    06/19/2019

by    Ronald T. Ribail

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.