

**YAKIMA COUNTY SHERIFF'S OFFICE**
P.O. Box 1388, YAKIMA, WASHINGTON 98907    Telephone (509) 574-2500
Toll Free 1-800-572-0490
Fax (509) 574-2621

Ken Irwin,    Sheriff

## YAKIMA COUNTY SHERIFF'S DEPARTMENT

### PHOTOGRAPHIC LINE-UP

### INSTRUCTIONS

CASE #_____

You are about to be shown a group of photographs. Before you view these photographs, please read the following carefully:

1. Because an officer is showing you a group of photographs, this should not influence your judgment in any way.
2. The person who committed the crime may or may not be in this group of photographs.
3. It is just as important to eliminate innocent persons as it is to identity those persons responsible.
4. You are in no way obligated to identify anyone.
5. Study each photograph carefully before making any comments. Consider that the photographs could be old or new, that the hair styles change and those persons can alter their appearance by growing or shaving facial hair.
6. Special instructions:_____

I declare that no other instructions about the photographs or the subject were given to me before viewing this photographic lineup.

_____
Person viewing the photo line-up    Date

[signature]    6/9/19
Officer showing the photo line-up    Date

Photo number selected

5035 Didn't see a female
5034 # looks like guy blue shorts had hat over head poss had shotgun
#2 looks sort of like the other dude that is person shot me had shotgun
5033 None
5038 None

Comments: _____

has short term memory loss

(If the person selects a photograph, have them place their signature along with the date and time of selection on the back of the ph

Esmerelda used to live in U6 by PLK
2nd house on right

DEFENDANT'S EXHIBIT
1017