# FEDERAL BUREAU OF INVESTIGATION

Date of entry   02/14/2020

[Victim #2], date of birth (DOB) [redacted], telephone number [redacted], was interviewed at [redacted], WA. After being advised of the identity of the interviewing Agents and the nature of the interview, [Victim #2] provided the following information (This is a continuation of previous interviews conducted with [Victim #2]):

During the second trip to DOBIE JACKS' house (JOHN CAGLE), DENNIS OVERACKER turned around and parked the truck facing out. The man wearing the red shirt, with a white logo, and possibly black pants, walked to the driver's side door and shot OVERACKER. Initially the man had the gun hidden hanging down by his leg, then he brought it up and pointed it at OVERACKER, OVERACKER said don't, the man lowered the gun and then brought it up again and shot OVERACKER. [Victim #2] referred to the man wearing the red shirt as JAMES CLOUD, after seeing CLOUD, and hearing the name, on the news.

[Victim #2] turned to the rear driver's side of the truck, a little in front of the rear tires, and saw the man wearing blue lift up a shotgun and pointed it at [Victim #2]. [Victim #2] knew it was a shotgun because the barrel diameter was larger than a rifle. Immediately after, [Victim #2] was shot in the head. The man wearing blue was also the person that told them that DOBIE was not seeing anyone when they went to DOBIE's the first time. [Victim #2] lost his hearing and didn't know how many other shots were fired. He bent down and pressed the gas pedal with his hand. He heard [Victim #1] say TOMMY, TOMMY.

OVERACKER wanted to go to DOBIE's to get a part for a motorcycle. They wanted [Victim #2] to come with them because he had not left the house in a while after his recovery from cancer.

[Victim #2] heard that MICHELLE (LNU), who is GRUMPY's (TNU) girlfriend, might know something about the missing men from California. They live in a

**DEFENDANT'S EXHIBIT**
**1018**

| | |
|---|---|
| Investigation on 01/27/2020 at | Wapato, Washington, United States (In Person) |
| File # 198X-SE-3120298 | Date drafted 01/29/2020 |
| by Ronald T. Ribail, TERAMI JENNIFER | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

198X-SE-3120298

Continuation of FD-302 of (U) Victim #2 , On 01/27/2020 , Page 2 of 2

house that shares a driveway with King Mountain company.

**DEFENDANT'S EXHIBIT**
**1018-2**

U.S. v. Cloud et al 1:19-CR-02032-SMJ    000010255

00010255