# YAKIMA COUNTY SHERIFF'S DEPARTMENT

## PHOTOGRAPHIC LINE-UP

## INSTRUCTIONS

CASE # 19C07149

You are about to be shown a group of photographs. Before you view these photographs, please read the following carefully:

1. Because an officer is showing you a group of photographs, this should not influence your judgment in any way.

2. The person who committed the crime may or may not be in this group of photographs.

3. It is just as important to eliminate innocent persons as it is to identify those persons responsible.

4. You are in no way obligated to identify anyone.

5. Study each photograph carefully before making any comments. Consider that the photographs could be old or new, that the hair styles change and that persons can alter their appearance by growing or shaving facial hair.

6. Special instructions    # 5038

I declare that no other instructions about the photographs, the subject, were given me before viewing this photographic line-up.

_[signature]_    6-10-19
Person viewing photo line-up    DATE

_[signature]_ C93    6-10-99
Officer showing photo line-up    DATE

# 2
Photo number selected

COMMENTS: _____

(If the person selects a photograph, have him/her date, time, and place their signature on the back of the photo.)

DEFENDANT'S EXHIBIT
1019

YAKIMA COUNTY 5/95
PR-FILE\SHERIFF\LINE-UP
000000762

U.S. v. Cloud et al 1:19-CR-02032-SMJ

Lineup: 5038                                                                                         6/10/2019 1:32:09 PM



1

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1019-2**

Lineup: 5038                                                    6/10/2019 1:32:09 PM



2  guy who shot Dennis

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**

**1019-3**

U.S. v .Cloud et al 1:19-CR-02032-SMJ                                                    000000764

Lineup: 5038   6/10/2019 1:32:09 PM



3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1019-4**

Lineup: 5038    6/10/2019 1:32:09 PM



4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1019-5**



Lineup: 5038　　　　　　　　　　　　　　　　　　　　6/10/2019 1:32:09 PM

**5**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT 1019-6**

Lineup: 5038                                                                 6/10/2019 1:32:09 PM



6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1019-7**