# YAKIMA COUNTY SHERIFF'S DEPARTMENT

## PHOTOGRAPHIC LINE-UP

### INSTRUCTIONS

CASE # _19C09749_

You are about to be shown a group of photographs. Before you view these photographs, please read the following carefully:

1. Because an officer is showing you a group of photographs, this should not influence your judgment in any way.

2. The person who committed the crime may or may not be in this group of photographs.

3. It is just as important to eliminate innocent persons as it is to identify those persons responsible.

4. You are in no way obligated to identify anyone.

5. Study each photograph carefully before making any comments. Consider that the photographs could be old or new, that the hair styles change and that persons can alter their appearance by growing or shaving facial hair.

6. Special instructions _# 5039_ _____

_____

_____

I declare that no other instructions about the photographs, the subject, were given me before viewing this photographic line-up.

_[signature]_    _6-10-19_
Person viewing photo line-up    DATE

_[signature]_ C93    _6-10-19_
Officer showing photo line-up    DATE

_None_
Photo number selected

COMMENTS: _____

_____

(If the person selects a photograph, have him/her date, time, and place their signature on the back of the photo.)

DEFENDANT'S EXHIBIT
**1020**

YAKIMA COUNTY 5/95
PR-FILE\SHERIFF\LINE-UP

U.S. v .Cloud et al 1:19-CR-02032-SMJ    000000754

Lineup: 5039　　　　　　　　　　　　　　　　　　　　　　6/10/2019 1:35:05 PM



1

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1020-2**

Lineup: 5039                                                                                      6/10/2019 1:35:05 PM



**2**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1020-3**

U.S. v .Cloud et al 1:19-CR-02032-SMJ                                                                    000000756

Lineup: 5039                                                          6/10/2019 1:35:06 PM



3

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1020-4**

Lineup: 5039

6/10/2019 1:35:06 PM



**4**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1020-5**

Lineup: 5039                                      6/10/2019 1:35:06 PM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

**DEFENDANT'S EXHIBIT**
**1020-6**

U.S. v .Cloud et al 1:19-CR-02032-SMJ                                    000000759

Lineup: 5039   6/10/2019 1:35:06 PM



6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

DEFENDANT'S EXHIBIT
**1020-7**