

DEFENDANT'S EXHIBIT
1022