

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>James Dean Cloud,<br><br>　　　　　Defendant. | No. 1:19-CR-2032-SMJ-1<br><br>Exhibit List for<br>September 29, 2020<br>Eyewitness ID Hearing<br><br>Post-Hearing Supplement |

At the September 29, 2020 identification hearing, James Cloud introduced three additional exhibits.[1] This exhibit list captures those additions, and the actual exhibit are attached:

| # | Description |
|---|---|
| 1000 | Line-Up 5033 (James Cloud) |
| 1001 | YCSO – Line-Up Instructions for J.V. |
| 1002 | YCSO – Eyewitness ID Policy |
| 1003 | Screenshot from Text Exchange Between FBI Special Agent Ronald T. Ribail and J.V. |
| 1004 | SA Ribail's 302 Report Documenting Line-Up with J.V. |
| 1005 | SA Ribail's 302 Report Documenting Follow-Up with J.V. on Facebook Search |
| 1006 | James Cloud Wanted Poster |
| 1007 | James Cloud's Booking Photo – 06.10.2019 |
| 1008 | James Cloud Side-by-Side Photos |
| 1009 | January 6, 2017 Memo from Deputy Attorney General Sally Yates to All Law Enforcement Heads |
| 1010 | October 1999 – Department of Justice – Eyewitness Evidence – A Guide for Law Enforcement |
| 1011 | FBI Eyewitness ID Policy Implementation Guide – 11.26.2013 |

---

[1] The additions are Exhibit 1023, 1024, and 1025.

Exhibit List – Post-Hearing Supplement
– 1 –

| # | Description |
|---|---|
| 1012 | FBI Eyewitness ID Policy Implementation Guide – 06.09.2019 |
| 1013 | Line-Up 5032 (Donovan Cloud) |
| 1014 | Line-Up 5034 (Morris Jackson) |
| 1015 | Line-Up 5035 (Natasha Jackson) |
| 1016 | SA Ribail's 302 Report Documenting Line-Up with L.L. |
| 1017 | YCSO Line-Up Instructions for Lindell LaFollette |
| 1018 | SA Ribail's 302 Report Documenting Follow-Up Interview with Lindell LaFollette – Saw James Cloud in the News |
| 1019 | Line-Up 5038 (James Cloud) – Used for E.Z. |
| 1020 | Line-Up 5039 (Donovan Cloud) – Used for E.Z. |
| 1021 | Line-Up 5040 (Morris Jackson) – Used for E.Z. |
| 1022 | Photo – F-250 |
| 1023 | FBI Eyewitness ID Policy – November 26, 2016 |
| 1024 | Clip from Morris Jackson's June 20, 2020 interview with FBI |
| 1025 | Physical attributes for fillers for James Cloud's line-up with E.Z. (redacted to remove fillers' names). |

Dated: October 1, 2020

                                  Federal Defenders of Eastern Washington & Idaho
                                  Attorneys for James D. Cloud

                                  <u>s/ John B. McEntire, IV</u>
                                  John B. McEntire, IV, WSBA #39469
                                  10 North Post Street, Suite 700
                                  Spokane, Washington 99201
                                  509.624.7606
                                  jay_mcentire@fd.org

### Service Certificate

I certify that on October 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Tom Hanlon and Richard Burson.

                                  <u>s/ John B. McEntire IV</u>
                                  John B. McEntire, IV, WSBA #39469
                                  10 North Post Street, Suite 700
                                  Spokane, Washington 99201
                                  509.624.7606
                                  jay_mcentire@fd.org