```
NAME:                                            DOB:
SID NUMBER: WA26787325                           FBI NUMBER: 257986RD4
****************************************************************
                         PERSON INFORMATION
****************************************************************
  SEX   RACE   HEIGHT   WEIGHT   EYES   HAIR   PLACE OF BIRTH   CITIZENSHIP
   M     I      509      260     BRO    BLK         WA              US


NAME:                                            DOB:
SID NUMBER: WA22724084                           FBI NUMBER: 703096HC8
****************************************************************
                         PERSON INFORMATION
****************************************************************
  SEX   RACE   HEIGHT   WEIGHT   EYES   HAIR   PLACE OF BIRTH   CITIZENSHIP
   M     I      509      280     BRO    BLK         WA              XX
                                                                    US


NAME:                                            DOB:
SID NUMBER: WA19565433                           FBI NUMBER: 841500KB9
****************************************************************
                         PERSON INFORMATION
****************************************************************
  SEX   RACE   HEIGHT   WEIGHT   EYES   HAIR   PLACE OF BIRTH   CITIZENSHIP
   M     I      603      220     BRO    BLK         SD              US
         U                                          WA              XX
         W                                          XX


NAME:                                            DOB:
SID NUMBER: WA21712568                           FBI NUMBER: 824229AC9
****************************************************************
                         PERSON INFORMATION
****************************************************************
  SEX   RACE   HEIGHT   WEIGHT   EYES   HAIR   PLACE OF BIRTH   CITIZENSHIP
   M     I      511      280     BRO    BLK         WA              US
```

U.S. v. Cloud et al 1:19-CR-2032-SMJ



DEFENDANT'S EXHIBIT
CASE NO. 19-2032-SM
EXHIBIT NO. 1025

```
************************************************************************
    NAME:                                      DOB:
    SID NUMBER: WA26717085                     FBI NUMBER: 122315MD7
************************************************************************
                           PERSON INFORMATION
************************************************************************
    SEX   RACE   HEIGHT   WEIGHT   EYES   HAIR   PLACE OF BIRTH   CITIZENSHIP
    M     I      511      280      BRO    BLK         OR              US
```