

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for James D. Cloud

United States District Court
Eastern District of Washington
Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America, | No. 1:19-CR-2032-SMJ-1 |
| Plaintiff, | Notice of Non-Scannable Exhibit |
| v. | |
| James Dean Cloud, | |
| Defendant. | |

James Cloud submits Defense Exhibit 1024.  Clip from Morris Jackson's June 20, 2019, interview with the FBI.

Dated: October 1, 2020

>  Federal Defenders of Eastern Washington & Idaho
>  s/ John B. McEntire, IV
>  John B. McEntire, IV, WSBA #39469
>  10 North Post Street, Suite 700
>  Spokane, Washington 99201
>  509.624.7606
>  jay_mcentire@fd.org

### Service Certificate

I certify that on October 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Thomas J. Hanlon and Richard Burson.

>  s/ John B. McEntire IV
>  John B. McEntire, IV, WSBA #39469
>  10 North Post Street, Suite 700
>  Spokane, Washington 99201
>  509.624.7606
>  jay_mcentire@fd.org