Lorinda Meier Youngcourt
WA Bar 50988 | IN Bar 14411-49
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700
Spokane, WA 99201
(509) 624-7606
Lorinda_Youngcourt@fd.org
Counsel for James Dean Cloud

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-02032-SMJ-1 |
| Plaintiff, | |
| v. | NOTICE CONCERNING VIDEOCONFERENCE |
| JAMES DEAN CLOUD, | |
| Defendant. | |

In response to the Order Setting Hearing by Videoconference, ECF No. 215, James Dean Cloud does not consent to appearing for the October 27, 2020, status conference by video. James Cloud requests all parties be present in the courtroom. Counsel for the Government and Donovan Quinn Carter Cloud have no objection to the hearing being held in-person in the courtroom.

NOTICE CONCERNING VIDEOCONFERENCE - 1

1    Dated:  October 6, 2020

2                                      */s/Lorinda Meier Youngcourt*
                                       Lorinda Meier Youngcourt
3                                      Federal Defenders of Eastern WA & ID
                                       10 North Post, Suite 700
4                                      Spokane, WA 99201
                                       (509) 624-7606
5                                      Lorinda_Youngcourt@fd.org

6

                                 **Certificate of Service**
7

8        I certify that on October 6, 2020, I electronically filed the foregoing with the

     Clerk of the Court using the CM/ECF System, which will notify all counsel of record
9
     of its filing.
10

11                                     */s/Lorinda Meier Youngcourt*
                                       Lorinda Meier Youngcourt
12

13

14

15

16

17

18

19

20

21

     NOTICE CONCERNING VIDEOCONFERENCE - 2