FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD (01), and DONOVAN QUINN CARTER CLOUD (02),<br><br>Defendants. | No. 1:19-cr-02032-SMJ-01<br>     1:19-cr-02032-SMJ-02<br><br>**ORDER SETTING IN-PERSON HEARING AND NOTICE RE: COVID-19 PRECAUTIONS**<br><br>**\*\*\*UNITED STATES MARSHALS SERVICE ACTION REQUIRED\*\*\*** |

At the onset of the COVID-19 pandemic, the Court struck many in-person appearances to protect the health and safety of defendants, counsel, law enforcement, Court staff, and the public. Though the Eastern District has continued to extend its COVID-19 response measures, *see*, *e.g.*, General Order No. 20-101-10, the Court understands that the parties in this matter wish to proceed with the in-person hearing scheduled for oral argument at the Yakima courthouse on October 27th: Status Conference. *See* ECF No. 215. Defendant James Dean Cloud (01) filed an objection to the Status Conference being held via videoconference on October 27, 2020. ECF No. 216. Co-Defendant Donovan Cloud (02) also filed an objection to the hearing being held via videoconference. ECF No. 217. The USAO has no

ORDER SETTING IN-PERSON HEARING AND NOTICE RE: COVID-19 PRECAUTIONS – 1

objection to having the hearing held in person. *See* ECF Nos. 216 & 217. The Court will conduct this hearing in person as scheduled, subject to the precautions set out below to ensure the health and safety of participants.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Status conference in this matter, remain **SET** for **October 27, 2020** at **9:00 A.M.** in **Yakima Courtroom 203**. *See* ECF No. 215. All parties shall make the necessary arrangements to appear in person.

2. For the hearing:

    **A.** All parties shall abide by social distancing requirements, including defense counsel and their clients, at all times when inside the courthouse. Where necessary to permit private discussion between either Defendant and defense counsel, the Court will allow counsel to approach the Defendant.

    **B.** All counsel and others addressing the Court will do so from counsel table, rather than from the podium.

    **C.** All persons shall wear a face covering while inside the courthouse.

    *i.* Counsel or witnesses addressing the Court will be permitted to remove their mask **only** during the time when they are speaking.

|   |   |   |
|---|---|---|
| 1 | *ii.* | Parties and witnesses reporting for in-person hearings without a mask will be provided a mask by the Court Security Officer at the courthouse entrance. |
| 2 | *iii.* | No individual other than those associated with the hearing and required to attend will be permitted access to the Yakima Courthouse, which remains closed to the public. |
| 3 | *iv.* | A public telephone conference line for this hearing will be made available to the public. **Hearing content provided via videoconference access MUST NOT be recorded or rebroadcast.** Non-parties may call the Court's public conference line at **1-888-808-6929**; Access code **3648461** (no security code required), five minutes before the scheduled conference time. |

//
//
//
//
//
//
//

ORDER SETTING IN-PERSON HEARING AND NOTICE RE: COVID-19 PRECAUTIONS – 3

Any person experiencing symptoms of COVID-19, or who has been in contact with a person known or suspected of contracting COVID-19, shall contact Court staff to allow the hearing to be reset. There is no obligation to disclose private health or personal information, but the Court asks the parties to weigh the health and safety of all participants when determining whether an in-person hearing should occur.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 13th day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER SETTING IN-PERSON HEARING AND NOTICE RE: COVID-19 PRECAUTIONS – 4