FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2020

SEAN F. McAVOY, CLERK

William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD, and<br>DONOVAN QUINN CARTER CLOUD,<br><br>Defendants. | 1:19-CR-02032-SMJ<br><br>THIRD SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. §§ 2119, 2<br>Carjacking<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i), (ii)<br>Brandishing of a Firearm During a Crime of Violence<br>(Counts 2, 3, 6)<br><br>18 U.S.C. §§ 2109, 1153, 3559(f)(2)<br>Kidnapping<br>(Count 4)<br><br>18 U.S.C. §§ 113(a)(3), 1153<br>Assault with a Dangerous Weapon<br>(Count 5) |

THIRD SUPERSEDING INDICTMENT – 1

| | |
|---|---|
| | 18 U.S.C. §§ 1111, 1153, 2<br>First Degree Murder<br>(Counts 7, 10, 12, 14) |
| | 18 U.S.C. § 924(c)(1)(A)(i), (ii)<br>Discharge of a Firearm During a<br>Crime of Violence<br>(Count 8, 11, 13, 15, 17, 19) |
| | 18 U.S.C. § 1111, 1153<br>Second Degree Murder<br>(Counts 9) |
| | 18 U.S.C. § 111(a)(1), 1153<br>Assault with Intent to Commit<br>Murder<br>(Counts 16, 18) |

The Grand Jury charges:

## COUNT 1

On or about June 8, 2019, in the Eastern District of Washington, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, took a motor vehicle, to wit: a 2007 Chevrolet Silverado, that had been transported, shipped, and received in interstate and foreign commerce from J.V. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, all in violation of 18 U.S.C. §§ 2119, 2.

THIRD SUPERSEDING INDICTMENT – 2

## COUNT 2

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this Third Superseding Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 3

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this Third Superseding Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 4

On or about June 8, 2019, in the Eastern District of Washington, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER

THIRD SUPERSEDING INDICTMENT - 3

CLOUD, both Indians, who were not parents, grandparents, brothers, sisters, aunts, uncles, or individuals having legal custody of Minor A, did unlawfully kidnap, abduct, confine, and carry away and hold for ransom or reward or otherwise a person identified as Minor A for a vehicle, and Minor A had not then attained the age of eighteen years, all within the boundaries of the Yakama Nation Indian Reservation, in Indian Country; in violation of 18 U.S.C. §§ 1201(a)(2), (g)(1), 1153, and 3559(f)(2), 2.

## COUNT 5

On or about June 8, 2019, in the Eastern District of Washington, within the boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, JAMES DEAN CLOUD, an Indian, did knowingly assault J.V. with a dangerous weapon, that is, a firearm, with intent to do bodily harm; in violation of 18 U.S.C. § 113(a)(3), 1153.

## COUNT 6

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3), § 1153, as alleged in

THIRD SUPERSEDING INDICTMENT – 4

Count 5 of this Third Superseding Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Assault with a Dangerous Weapon, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## COUNT 7

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, both Indians, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill D.O. by shooting him with a rifle, and did aid and abet the same; all in violation of 18 U.S.C. §§ 1153, 1111, 2.

## COUNT 8

On or about June 8, 2019, in the Eastern District of Washington, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which they may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 7 of this Third Superseding Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm, and did aid and abet the same; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), 2.

THIRD SUPERSEDING INDICTMENT – 5

COUNT 9

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, an Indian, willfully, deliberately, maliciously, and with malice aforethought, did unlawfully kill J.C. by shooting him with a rifle; all in violation of 18 U.S.C. §§ 1153, 1111.

COUNT 10

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, JAMES DEAN CLOUD, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill C.E. by shooting her with a rifle; all in violation of 18 U.S.C. §§ 1153, 1111.

COUNT 11

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 10 of this Third Superseding Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii).

## COUNT 12

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, JAMES DEAN CLOUD, an Indian, willfully, deliberately, maliciously, and with malice aforethought, did unlawfully kill M.S. by shooting her with a rifle; all in violation of 18 U.S.C. §§ 1153, 1111.

## COUNT 13

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 12 of this Third Superseding Indictment, did knowingly use, carry, brandish, possess, and discharge a firearm in furtherance of the First Degree Murder, a firearm; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii).

## COUNT 14

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, both Indians, willfully, deliberately, maliciously, and with premeditation

THIRD SUPERSEDING INDICTMENT – 7

and malice aforethought, did unlawfully kill T.H. by shooting him with a rifle, and did aid and abet the same; all in violation of 18 U.S.C. §§ 1153, 1111, 2.

## COUNT 15

On or about June 8, 2019, in the Eastern District of Washington, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which they may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 14 of this Third Superseding Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm, and did aid and abet the same; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), 2.

## COUNT 16

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, DONOVAN QUINN CARTER CLOUD, an Indian, did knowingly assault E.Z. with intent to commit murder by shooting her with a firearm; in violation of 18 U.S.C. § 113(a)(1), 1153.

## COUNT 17

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, DONOVAN QUINN CARTER CLOUD, during and in relation to a

THIRD SUPERSEDING INDICTMENT – 8

crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with Intent to Commit Murder, in violation of 18 U.S.C. §§ 113(a)(1), § 1153, as alleged in Count 16 of this Third Superseding Indictment, did knowingly use, carry, brandish, and possess and discharge a firearm in furtherance of the Assault with Intent to Commit Murder; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii).

## COUNT 18

On or about June 8, 2019, in the Eastern District of Washington, within the boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, DONOVAN QUINN CARTER CLOUD, an Indian, did knowingly assault L.L. with intent to commit murder by shooting him with a firearm; in violation of 18 U.S.C. § 113(a)(1), 1153.

## COUNT 19

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with Intent to Commit Murder, in violation of 18 U.S.C. §§ 113(a)(1), § 1153, as alleged in Count 18 of this Third Superseding Indictment, did knowingly use, carry, brandish, and possess and discharge a firearm in furtherance

THIRD SUPERSEDING INDICTMENT – 9

of the Assault with Intent to Commit Murder; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

DATED this 17 day of November, 2020.

A TRUE BILL

/s/ William D. Hyslop
William D. Hyslop
United States Attorney

/s/ Thomas J. Hanlon
Thomas J. Hanlon
Assistant United States Attorney

/s/ Richard C. Burson
Richard C. Burson
Assistant United States Attorney

THIRD SUPERSEDING INDICTMENT – 10