Case 1:19-cr-02032-SMJ    ECF No. 244    filed 11/17/20    PageID.2644    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2020

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** James Dean Cloud  **CASE NO.** 1:19-CR-02032-SMJ-1

TOTAL # OF COUNTS: 14    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 USC §§ 2119, 2 | Carjacking | Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 2, 6 | 18 USC §§ 924(c)(1)(A)(i)-(ii) | Brandishing of a Firearm in Furtherance of a Crime of Violence | Not less than 7 years and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 4 | 18 USC §§ 2109, 1153, 3559(f)(2). 2 | Kidnapping | Not less than 25 years imprisonment and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 5 | 18 U.S.C. §§ 113(a)(3), 1153 | Assault with Dangerous Weapon | Not more than 10 years imprisonment, $250,000 fine, or both, 3 years supervised release, and $100 special penalty assessment |
| 7, 14 | 18 U.S.C. §§ 1111, 1153, 2 | First Degree Murder | Mandatory life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 9 | 18 U.S.C. §§1111, 1153 | Second Degree Murder | Any term of years or for life, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment. |
| 8, 15 | 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii), 2 | Discharge of a Firearm in Furtherance of a Crime of Violence | Not less than 10 years imprisonment and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and a $100 special penalty assessment |

# CHARGES AND PENALTIES (continued)

**CASE NAME:** James Dean Cloud          **CASE NO.** 1:19-CR-02032-SMJ 1

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 10, 12 | 18 U.S.C. §§ 1111, 1153 | First Degree Murder | Mandatory life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 11, 13 | 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii) | Discharge of a Firearm in Furtherance of a Crime of Violence | Not less than 10 years imprisonment and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

.