1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Thomas J. Hanlon
4  Assistant United States Attorney
   Richard C. Burson
5  Assistant United States Attorney
6  402 E. Yakima Ave., Suite 210
   Yakima, WA 98901
7  Telephone:  (509) 454-4425
8
9              UNITED STATES DISTRICT COURT
10         FOR THE EASTERN DISTRICT OF WASHINGTON
11  UNITED STATES OF AMERICA,          1:19-CR-02032-SMJ
12                    Plaintiff,       THIRD SUPERSEDING
13                                     INDICTMENT AMENDED
14           v.                        12-15-20 CAPTION COUNT 4
                                       Vio:  18 U.S.C. §§ 2119, 2
15  JAMES DEAN CLOUD, and                    Carjacking
16  DONOVAN QUINN CARTER                     (Count 1)
    CLOUD,
17
                      Defendants.      18 U.S.C. § 924(c)(1)(A)(i), (ii)
18                                     Brandishing of a Firearm During a
19                                     Crime of Violence
                                       (Counts 2, 3, 6)
20
21                                     18 U.S.C. §§ 1201, 1153,
22                                     3559(f)(2)
                                       Kidnapping
23                                     (Count 4)
24
25                                     18 U.S.C. §§ 113(a)(3), 1153
26                                     Assault with a Dangerous Weapon
                                       (Count 5)
27
28

THIRD SUPERSEDING INDICTMENT – 1

18 U.S.C. §§ 1111, 1153, 2
First Degree Murder
(Counts 7,10, 12, 14)

18 U.S.C. § 924(c)(1)(A)(i), (ii)
Discharge of a Firearm During a
Crime of Violence
(Count 8,11,13,15,17,19)

18 U.S.C. § 1111, 1153
Second Degree Murder
(Counts 9)

18 U.S.C. § 111(a)(1), 1153
Assault with Intent to Commit
Murder
(Counts 16, 18)

The Grand Jury charges:

## COUNT 1

On or about June 8, 2019, in the Eastern District of Washington, the

Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER

CLOUD, took a motor vehicle, to wit: a 2007 Chevrolet Silverado, that had been

transported, shipped, and received in interstate and foreign commerce from J.V. by

force, violence, and intimidation, with the intent to cause death and serious bodily

harm, all in violation of 18 U.S.C. §§ 2119, 2.


THIRD SUPERSEDING INDICTMENT – 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT 2

On or about June 8, 2019, in the Eastern District of Washington, the

Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence,

for which he may be prosecuted in a court of the United States, to wit: Carjacking,

in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this Third Superseding

Indictment, did knowingly use, carry, brandish, and possess in furtherance of the

Carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

COUNT 3

On or about June 8, 2019, in the Eastern District of Washington, the

Defendant, DONOVAN QUINN CARTER CLOUD, during and in relation to a

crime of violence, for which he may be prosecuted in a court of the United States,

to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this

Third Superseding Indictment, did knowingly use, carry, brandish, and possess in

furtherance of the Carjacking, a firearm, all in violation of 18 U.S.C. §

924(c)(1)(A)(i), (ii).

COUNT 4

On or about June 8, 2019, in the Eastern District of Washington, the

Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER

THIRD SUPERSEDING INDICTMENT – 3

CLOUD, both Indians, who were not parents, grandparents, brothers, sisters, aunts, uncles, or individuals having legal custody of Minor A, did unlawfully kidnap, abduct, confine, and carry away and hold for ransom or reward or otherwise a person identified as Minor A for a vehicle, and Minor A had not then attained the age of eighteen years, all within the boundaries of the Yakama Nation Indian Reservation, in Indian Country; in violation of 18 U.S.C. §§ 1201(a)(2), (g)(1), 1153, and 3559(f)(2), 2.

COUNT 5

On or about June 8, 2019, in the Eastern District of Washington, within the boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, JAMES DEAN CLOUD, an Indian, did knowingly assault J.V. with a dangerous weapon, that is, a firearm, with intent to do bodily harm; in violation of 18 U.S.C. § 113(a)(3), 1153.

COUNT 6

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3), § 1153, as alleged in

THIRD SUPERSEDING INDICTMENT – 4

Count 5 of this Third Superseding Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Assault with a Dangerous Weapon, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

COUNT 7

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, both Indians, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill D.O. by shooting him with a rifle, and did aid and abet the same; all in violation of 18 U.S.C. §§ 1153, 1111, 2.

COUNT 8

On or about June 8, 2019, in the Eastern District of Washington, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which they may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 7 of this Third Superseding Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm, and did aid and abet the same; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), 2.

THIRD SUPERSEDING INDICTMENT – 5

COUNT 9

On or about June 8, 2019, in the Eastern District of Washington, the

Defendant, JAMES DEAN CLOUD, an Indian, willfully, deliberately,

maliciously, and with malice aforethought, did unlawfully kill J.C. by shooting

him with a rifle; all in violation of 18 U.S.C. §§ 1153, 1111.

COUNT 10

On or about June 8, 2019, in the Eastern District of Washington, within the

external boundaries of the Yakama Nation Indian Reservation, in Indian Country,

the Defendant, JAMES DEAN CLOUD, an Indian, willfully, deliberately,

maliciously, and with premeditation and malice aforethought, did unlawfully kill

C.E. by shooting her with a rifle; all in violation of 18 U.S.C. §§ 1153, 1111.

COUNT 11

On or about June 8, 2019, in the Eastern District of Washington, the

Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence,

for which he may be prosecuted in a court of the United States, to wit: First Degree

Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 10 of this

Third Superseding Indictment, did knowingly use, carry, brandish, possess, and

discharge in furtherance of the First Degree Murder, a firearm; all in violation of

18 U.S.C. § 924(c)(1)(A)(i), (iii).

THIRD SUPERSEDING INDICTMENT – 6

COUNT 12

On or about June 8, 2019, in the Eastern District of Washington, within the

external boundaries of the Yakama Nation Indian Reservation, in Indian Country,

the Defendant, JAMES DEAN CLOUD, an Indian, willfully, deliberately,

maliciously, and with malice aforethought, did unlawfully kill M.S. by shooting

her with a rifle; all in violation of 18 U.S.C. §§ 1153, 1111.

COUNT 13

On or about June 8, 2019, in the Eastern District of Washington, the

Defendant, JAMES DEAN CLOUD, during and in relation to a crime of violence,

for which he may be prosecuted in a court of the United States, to wit: First Degree

Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 12 of this

Third Superseding Indictment, did knowingly use, carry, brandish, possess, and

discharge a firearm in furtherance of the First Degree Murder, a firearm; all in

violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii).

COUNT 14

On or about June 8, 2019, in the Eastern District of Washington, within the

external boundaries of the Yakama Nation Indian Reservation, in Indian Country,

the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER

CLOUD, both Indians, willfully, deliberately, maliciously, and with premeditation

THIRD SUPERSEDING INDICTMENT – 7

and malice aforethought, did unlawfully kill T.H. by shooting him with a rifle, and did aid and abet the same; all in violation of 18 U.S.C. §§ 1153, 1111, 2.

## COUNT 15

On or about June 8, 2019, in the Eastern District of Washington, the Defendants, JAMES DEAN CLOUD and DONOVAN QUINN CARTER CLOUD, during and in relation to a crime of violence, for which they may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 14 of this Third Superseding Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm, and did aid and abet the same; all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), 2.

## COUNT 16

On or about June 8, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, DONOVAN QUINN CARTER CLOUD, an Indian, did knowingly assault E.Z. with intent to commit murder by shooting her with a firearm; in violation of 18 U.S.C. § 113(a)(1), 1153.

## COUNT 17

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, DONOVAN QUINN CARTER CLOUD,  during and in relation to a

THIRD SUPERSEDING INDICTMENT – 8

crime of violence, for which he may be prosecuted in a court of the United States,

to wit: Assault with Intent to Commit Murder, in violation of 18 U.S.C. §§

113(a)(1), § 1153, as alleged in Count 16 of this Third Superseding Indictment, did

knowingly use, carry, brandish, and possess and discharge a firearm in furtherance

of the Assault with Intent to Commit Murder; all in violation of 18 U.S.C. §

924(c)(1)(A)(i), (iii).

### COUNT 18

On or about June 8, 2019, in the Eastern District of Washington, within the

boundaries of the Yakama Nation Indian Reservation, in Indian Country, the

Defendant, DONOVAN QUINN CARTER CLOUD, an Indian, did knowingly

assault L.L. with intent to commit murder by shooting him with a firearm; in

violation of 18 U.S.C. § 113(a)(1), 1153.

### COUNT 19

On or about June 8, 2019, in the Eastern District of Washington, the

Defendant, DONOVAN QUINN CARTER CLOUD, during and in relation to a

crime of violence, for which he may be prosecuted in a court of the United States,

to wit: Assault with Intent to Commit Murder, in violation of 18 U.S.C. §§

113(a)(1), § 1153, as alleged in Count 18 of this Third Superseding Indictment, did

knowingly use, carry, brandish, and possess and discharge a firearm in furtherance

THIRD SUPERSEDING INDICTMENT – 9

1  of the Assault with Intent to Commit Murder; all in violation of 18 U.S.C. §

2  924(c)(1)(A)(i), (ii).

3

4      DATED this $\underline{17}$ day of November, 2020.

5

6                                          A TRUE BILL

7

8

9

10

11  _____

12  William D. Hyslop
    United States Attorney

13

14  _____

15  Thomas J. Hanlon
    Assistant United States Attorney

16

17  _____

18

19  Richard C. Burson
    Assistant United States Attorney

20

21

22

23

24

25

26

27

28

THIRD SUPERSEDING INDICTMENT – 10