FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES DEAN CLOUD (01), and
DONOVAN QUINN CARTER
CLOUD (02),

Defendants.

No.    1:19-cr-02032-SMJ-1
         1:19-cr-02032-SMJ-2

**ORDER GRANTING
DEFENDANTS' MOTION FOR
ACCESS TO PETIT JURY
SELECTION RECORDS**

Before the Court, without oral argument, is Defendant James Cloud's (01) Unopposed Motion for Access to Petit Jury Selection Records and Materials, ECF No. 502. Defendant Donovan Cloud (02) moved to join in the motion, and the Court granted his request. ECF Nos. 542; 555. Defendants seek access to certain information concerning the selection of the petit jury for Defendants' upcoming trials. The Government does not oppose the motion. Having reviewed the motion, the Court is satisfied that the requested records and materials are within the scope of Defendant's right of access under 18 U.S.C. § 1867(f) and therefore grants the motion, subject to the limits described below.

//

//

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT
JURY SELECTION RECORDS – 1

Accordingly, **IT IS HEREBY ORDERED**:

1.   Defendant James Cloud's (01) Unopposed Motion for Access to Petit Jury Selection Records and Materials, **ECF No. 502**, is **GRANTED**.

2.   All information and material, whether redacted or otherwise, produced pursuant to this Order ("Petit Jury Material") shall be subject to the following restrictions:

    *A.*   Defense counsel may disclose and review the contents of the Petit Jury Material with Defendants but shall not provide it to them. Defendants shall not keep any Petit Jury Material in their possession.

    *B.*   Defense counsel may copy or otherwise reproduce Petit Jury Material, and disseminate the same, only where necessary to evaluate, prepare, or present an appropriate motion, including to defense counsel and any retained expert or investigator. Petit Jury Material shall not be disseminated for any other purpose or to any individual or entity not involved in this case.

    *C.*   All Petit Jury Material shall be destroyed upon completion of this case and any related appeals. Defense counsel shall file a notice with the Court confirming such destruction once complete.

3.    The Clerk's Office is **DIRECTED** to furnish the following records and information **to James Cloud's defense counsel one week after James Cloud's trial concludes** and **to Donovan Cloud's defense counsel one week after Donovan Cloud's trial concludes**. The Clerk's Office shall not furnish any of the following records or information before these dates.

*A.*    The United States District Court for the Eastern District of Washington's jury selection plan in effect at the time the Clerk's Office summoned the petit jury in this matter;

*B.*    Any policies and procedures enacted for summonsing and enlisting grand jurors due to the COVID-19 pandemic;

*C.*    Any Court Orders entered for summonsing and enlisting petit jurors due to the COVID-19 pandemic;

*D.*    Any AO-12 or JS-12 form created that relates to the District and Divisional Master Jury Wheels and Qualified Jury Wheels used to summons the petit jurors in this matter;

*E.*    Any statistical or demographic analyses produced to ensure the Master Jury Wheels and Qualified Jury Wheels used to summons petit jurors in this case comply with the jury plan;

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT JURY SELECTION RECORDS – 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

*F.*    The date on which the District's Master Jury Wheel was most recently refilled;

*G.*    The general notice explaining the process by which names are periodically and randomly drawn;

*H.*    The procedures employed to "purge" duplicate records, as well as any report or analysis of those procedures;

*I.*    The calculations used to proportionately reflect the number of names from each county;

*J.*    The procedures implemented to address prospective petit jurors who do not respond to a juror qualification form, or have their juror qualification form returned by the postal service as undeliverable;

*K.*    Any report or analysis on the supplemental draw;

*L.*    Any report or analysis concerning the failure of prospective petit jurors to submit a response to the juror qualification questionnaire;

*M.*    The date on which the petit jurors in this matter were summoned;

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT
JURY SELECTION RECORDS – 4

*N.* Information on whether the prospective petit jury is "divisional," "combined," or "entire district" as those terms are defined in Section 4.05(b) of the Jury Selection Plan;

*O.* If the petit jury in this case was drawn from the entire district or a combination of several divisions, the calculation of the ratio and number of petit jurors from each division;

*P.* The number of prospective petit jurors summoned from the Qualified Jury Wheel in this case;

*Q.* Data, in electronic format, on the District and Divisional Master Wheel, **limited to** the individual's juror number, race, gender, Hispanic ethnicity, birth year, zip code, city, county, and jury division;

*R.* Information regarding whether the voter list received by the Clerk's Office from its third-party vendor contains all registered voters, or only inactive voters;

*S.* Data, in electronic format, on the District and Divisional Qualified Jury Wheel, **limited to** the individual's juror number, race, gender, Hispanic ethnicity, birth year, zip code, city, county, and jury division;

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT JURY SELECTION RECORDS – 5

*T.*  Data, in electronic format, on prospective petit jurors whose juror questionnaire forms were returned undeliverable, not returned, or were otherwise disqualified or exempted from service under the Jury Selection Plan, **limited to** the individual's juror number, whether the form was returned undeliverable, whether the form was not returned, reason for disqualification, race, gender, Hispanic ethnicity, birth year, zip code, city, county, and jury division;

*U.*  The juror numbers of persons whose qualification notice/form was replaced as part of the supplemental draw;

*V.*  The juror numbers of persons who were selected to replace an undeliverable or unanswered qualification notice/form as part of the supplemental draw;

*W.*  The juror numbers of persons summonsed to appear for either failure to appear or failure to submit a juror qualification questionnaire;

*X.*  The juror numbers for persons selected as potential petit jurors in this case;

*Y.*  The data sources, in electronic format, for the Master Jury Wheel used to summons petit jurors in this case, namely voter

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT
JURY SELECTION RECORDS – 6

1    registration lists as well as driver's license and identification

2    lists. Such data is limited to race, gender, Hispanic ethnicity,

3    birth year, zip code, city, county, and jury division and **shall be**

4    **redacted to eliminate all personally identifying information**;

5        *Z.*    Juror qualification and summons forms for persons summonsed

6            to potentially become petit jurors in this case, **<u>redacted to</u>**

7            **<u>eliminate all personally identifying information</u>**; and

8        *AA.*    Information concerning the disposition of each prospective petit

9            juror summonsed in this case, namely whether each was

10            excused, deferred, disqualified, or impaneled.

11    **4.**    If any of the above-described information and records are unavailable

12        to the Clerk's Office, but later become available, the Clerk's Office

13        shall furnish them immediately upon receipt, except the Clerk's Office

14        shall not furnish any information or records until one week after each

15        Defendants' individual trial concludes.

16    //

17    //

18    //

19    //

20    //

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT
JURY SELECTION RECORDS – 7

1    //

2    //

3         **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

4    provide copies to all counsel.

5         **DATED** this 26th day of January 2022.

6

7         _____
          SALVADOR MENDOZA, JR.
          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING DEFENDANTS' MOTION FOR ACCESS TO PETIT
JURY SELECTION RECORDS – 8