FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD (01) and DONOVAN QUINN CARTER CLOUD (02),<br><br>Defendants. | No.  1:19-cr-02032-SMJ-1<br>       1:19-cr-02032-SMJ-2<br><br>**SCHEDULING ORDER REGARDING JURY SELECTION** |

In preparation for the upcoming jury trials in this matter, the Clerk of Court is in the process of distributing Jury Screening Questionnaires to two different pools of prospective jurors: one for James Cloud's trial and another for Donovan Cloud's trial. Given this, the Court sets the following schedule for jury selection.

Accordingly, **IT IS HEREBY ORDERED**:

1. On **February 17, 2022**, at **8:30 A.M.**, the Court will review the returned Questionnaires for **James Cloud's trial** with the Government, James Cloud, and James Cloud's counsel. At this hearing, the Court will determine which prospective jurors should be brought in for private questioning on February 22, 2022.

SCHEDULING ORDER REGARDING JURY SELECTION – 1

**2.** On **February 17, 2022**, at **1:30 P.M.**, the Court will review the returned Questionnaires for Donovan Cloud's trial with the Government, Donovan Cloud, and Donovan Cloud's counsel. At this hearing, the Court will determine which prospective jurors should be brought in for private questioning on February 22, 2022.

**3.** The Court reserves **February 18, 2022**, as a buffer date to continue review of the Questionnaires and address other pending matters. All counsel are expected to be available on this date.

**4.** On **February 22, 2022**, at **8:30 A.M.**, the Court will address prospective jurors designated for private questioning. All parties and counsel are expected to attend, though the Court may amend this requirement by subsequent order, depending on the number of prospective jurors designated for private questioning in each trial.

**5.** On **February 23, 2022**, at **8:30 A.M.**, the Court will conduct jury selection for James Cloud's trial. Neither Donovan Cloud nor his counsel are expected to be available on this day.

**6.** On **February 24, 2022**, at **8:30 A.M.**, the Court will conduct jury selection for Donovan Cloud's trial. Neither James Cloud nor his counsel are expected to be available on this day.

//

SCHEDULING ORDER REGARDING JURY SELECTION – 2

7.  The Court reserves **February 25, 2022**, as a buffer date to continue jury selection and address other pending matters. All counsel are expected to be available on this date.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the United States Marshals Service.

**DATED** this 31st day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge