FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD (01) and DONOVAN QUINN CARTER CLOUD (02),<br><br>Defendants. | No. 1:19-cr-02032-SMJ-1<br>     1:19-cr-02032-SMJ-2<br><br>**ORDER DENYING AS MOOT JURY SELECTION PROCEDURE REQUEST TO PREDETRMINE JURY POOL ASSIGNED FOR EACH CASE** |

Before the Court, without oral argument, is Defendant Donovan Cloud's Jury Selection Procedure Request to Predetermine Jury Pool Assigned for Each Case, ECF No. 574. As the motion appears to misunderstand certain aspects of the jury selection process established by the Court and the Clerk of Court, the Court will deny the motion as moot and provide further clarification below.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Donovan Cloud's Jury Selection Procedure Request to Predetermine Jury Pool Assigned for Each Case, **ECF No. 574**, is **DENIED AS MOOT**.

2. The Clerk of Court is in the process of distributing and receiving

questionnaires from two separate pools of jurors: one designated for Defendant James Cloud's trial and another for Defendant Donovan Cloud's trial. There is no overlap between the two pools. In fact, the questionnaire indicates the trial for which that prospective juror may be selected.

**3.** Further, as the Court has already informed the parties, questionnaires will be made available for counsel's review on **February 10, 2022**, at **1:00 P.M.**, ahead of the February 17, 2022 hearings to discuss the questionnaires.

**4.** Given that (1) this matter has been severed for trial and (2) the Clerk of Court has established a wholly separate jury pool for each trial, Defendants will be provided the returned questionnaires for their respective trial only.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of February 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER REGARDING JURY SELECTION – 2