FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DEAN CLOUD (01), and DONOVAN QUINN CARTER CLOUD (02),<br><br>Defendants. | No.  1:19-cr-02032-SMJ-1<br>       1:19-cr-02032-SMJ-2<br><br>**ORDER DENYING WITH LEAVE TO RENEW DEFENDANTS' MOTION TO DISMISS COUNTS 6, 8, 11, 13 & 15 ON MULTIPLICITY GROUNDS** |

Before the Court is Defendant James Cloud's Motion to Dismiss Counts 6, 8, 11, 13 & 15 on Multiplicity Grounds, ECF No. 501. Defendant Donovan Cloud joins in the motion. ECF No. 508. Although Federal Rule of Criminal Procedure 12(b)(3)(B)(ii) requires a defendant to bring a multiplicity challenge before the trial, "[t]he remedy for meritorious multiplicity claims is for the district court to vacate the multiplicitous conviction and sentence." *United States v. Zalapa*, 509 F.3d 1060, 1065 (9th Cir. 2007). Given that Defendants have not yet been convicted of the 18 U.S.C. § 924(c) counts that they challenge, the Court declines to address their motion at this time. Accordingly, the Court denies the motion with leave to renew.

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss Counts 6, 8, 11, 13 & 15 on Multiplicity Grounds, **ECF No. 501**, is **DENIED WITH LEAVE TO RENEW**.

    A. Each Defendant may file a renewed motion **no later than two weeks after the conclusion of their respective trial**. The Court will not permit a joint motion on this issue.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of February 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge