## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- JAMES DEAN CLOUD, Defendant. | Case No.     1:19-CR-2032-SMJ-1 <br> **CRIMINAL MINUTES** <br><br> DATE:     MARCH 2, 2022 <br> LOCATION:     SPOKANE <br><br> **JURY TRIAL – DAY THREE** |
|---|---|

| Hon. Salvador Mendoza, Jr. | | |
|---|---|---|
| Linda Hansen <br> **Courtroom Deputy** | 01/02 <br> **Law Clerk** | Kimberly Allen <br> **Court Reporter** |
| Richard Burson <br> Thomas Hanlon <br><br> **Government Counsel** | | Jay McEntire <br> Lorinda Youngcourt <br> Jeremy Sporn <br><br> **Defense Counsel** |

**[X] Open Court**      **[ ] Chambers**      **[ ] Teleconference**

Defendant present, in custody of the US Marshal. All parties present in the courtroom.

**8:15 am**
**All parties present**
**w/o Jury**

> The Court and counsel discussed objection to testimony by EZ. Ms. Youngcourt requested to have until the lunch break to respond.
>
> Regarding the ECF 697, Defendant's brief requesting a supplement jury instruction; the Court set a deadline of Saturday March 5, 2022 for the filing of a response from the Government. The matter will be addressed by the Court on Monday, March 7, 2022 at 8:00 a.m.
>
> By Friday, March 4, 2022, at 5:00 p.m., defense counsel shall submit an accounting of time and expenses, including the time and expenses they would reasonably have spent had they been given timely notification of the Brady material and E.Z. had testified.

**[ ] ORDER FORTHCOMING**

| CONVENED: | 8:15 A.M. | RECESSED: | 8:32 A.M. | 17 MINS | |
|---|---|---|---|---|---|
| RECONVENED: | 9:07 A.M. | RECESSED: | 10:15 A.M. | 1 HR / 8 MINS | |
| RECONVENED: | 10:35 A.M. | RECESSED: | 12:05 P.M. | 1 HR / 30 MINS | **TOTAL: 5 HRS / 58 MINS** |
| RECONVENED: | 1:25 P.M. | RECESSED: | 3:17 P.M. | 1 HR / 52 MINS | |
| RECONVENED: | 3:30 P.M. | RECESSED: | 4:25 P.M. | 55 MINS | |
| RECONVENED: | 4:40 P.M. | ADJOURNED: | 4:56 P.M. | 16 MINS | |

*USA -vs- James Dean Cloud*  March 2, 2022
1:19-CR-2032-SMJ-1  Page 2
Jury Trial – Day Three

        Jay McEntire addressed the Court regarding the testimony of Morris Jackson. Mr. McEntire requested any additional information regarding meetings with the Government since January 28, 2022.

        The Court and counsel discussed communications with witnesses and payments made for food, etc.

**Recessed:** 8:32 am
**Reconvened:** 9:07 am
**All parties present**
**w/Jury**

        **Morris Jackson, resumed the stand, previously sworn to testify (with his counsel present)**

        Continued direct examination by Thomas Hanlon

        Exhibits 48, 105 discussed with the witness.

        Mr. Hanlon offered Government's Identification 105 (Photograph Blue Shirt) for admission. No objection by defendant.
        **Court: Government's Exhibit 105 is admitted.**

| | |
|---|---|
| 9:29 am | Cross examination by Lorinda Youngcourt |

        Exhibit 81 discussed with the witness

| | |
|---|---|
| 9:54 am | Pause in proceedings to allow witness to confer with counsel |
| 9:57 am | Continued cross examination by Ms. Youngcourt |

**Recessed:** 10:15 am
**Reconvened:** 10:35 am
**All parties present**
**w/Jury**

        **Morris Jackson, resumed the stand, previously sworn to testify**

        Continued cross examination by Ms. Youngcourt

        The witness is handed a document to review.

| | |
|---|---|
| 11:19 am | Pause in proceedings to allow witness to confer with counsel |
| 11:23 am | Continued cross examination by Ms. Youngcourt |
| 11:25 am | Pause in proceedings to allow witness to confer with counsel |
| 11:26 am | Continued cross examination by Ms. Youngcourt |
| 11:46 am | Re-direct by Tom Hanlon |
| 11:55 am | Re-cross by Ms. Youngcourt |

The witness steps down and is excused.

*USA -vs- James Dean Cloud*                                                       March 2, 2022
1:19-CR-2032-SMJ-1                                                          Page 3
Jury Trial – Day Three

Court and counsel at sidebar (off the record)

12:00 pm      **Morris Jackson, resumed the stand, previously sworn to testify**

                 Continued re-cross by Ms. Youngcourt

                 Additional re-direct by Mr. Hanlon

The witness steps down and is excused.

**Recessed:**     12:05 pm
**Reconvened:**     1:25 pm
**All parties present**
**w/o Jury**

                 Jay McEntire advised the Court that there is an agreement between the parties regarding the testimony of the next witness. The parties discussed a witness who had been in the courtroom.

1:30 pm       **Jury brought into open court**
**All parties present**
**w/Jury**

                 **David Nathanial Hoffman sworn to testify (with his counsel present)**

                 Direct examination by Tom Hanlon.

1:38 pm       Cross examination by Ms. Youngcourt.

                 Demonstrative exhibit drawn by Ms. Youngcourt during discussion with the witness

                 Redirect by Mr. Hanlon
                 Recross by Ms. Youngcourt

Witness steps down and is excused

2:04 pm       **Natasha Jackson sworn to testify (with her counsel present)**

                 Direct examination by Richard Burson

                 The witness identified the defendant in the courtroom by indicating in the direction of defense counsel table.

                 Audio clips played for the witness only to refresh her recollection.

                 Voir dire of the witness by Jeremy Sporn

                 Exhibits 53, 14, 14A, 47 discussed with the witness

*USA -vs- James Dean Cloud* March 2, 2022
1:19-CR-2032-SMJ-1 Page 4
Jury Trial – Day Three

| | |
|---|---|
| 3:05 pm | Cross examination by Jeremy Sporn |

**Recessed:**   **3:17 pm**
**Reconvened: 3:30 pm**
**All parties present**
**w/ Jury**

> **Natasha Jackson resumed the stand, previously sworn to testify (with her counsel present)**
>
> Continued cross examination by Jeremy Sporn

**Recessed:**   **4:25 pm**
**Reconvened: 4:40 pm**

> **Natasha Jackson resumed the stand, previously sworn to testify (with her counsel present)**
>
> Continued cross examination by Jeremy Sporn

| | |
|---|---|
| 4:43 pm | Redirect by Mr. Burson |

Witness steps down and is excused

The Court admonished the jury and directed them to return on Thursday, March 3, 2022 to begin court proceedings at 8:30 a.m.

**4:47 pm**   **Jury excused from open court**
**All parties present**
**w/o Jury**

> The Court and counsel discussed the testimony of Mr. Hoffman and the previous exclusion of a witness.
> Ms. Youngcourt made a motion to submit briefing regarding a supplemental jury instruction.
> The Court directed any briefing on this issue be filed by tomorrow morning.

**4:56 pm**   **Adjourned**