UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff,<br><br>-vs-<br><br>JAMES DEAN CLOUD,<br><br>Defendant. | Case No.    1:19-CR-2032-SMJ-1<br>CRIMINAL MINUTES<br><br>DATE:    MARCH 9, 2022<br>LOCATION:    SPOKANE<br><br>JURY TRIAL – DAY 8 |
|---|---|

| Hon. Salvador Mendoza, Jr. | | |
|---|---|---|
| Nicole Cruz<br>**Courtroom Deputy** | 01/02<br>**Law Clerk** | Kimberly Allen<br>**Court Reporter** |
| Richard Burson<br>Thomas Hanlon<br><br>**Government Counsel** | Jay McEntire<br>Lorinda Youngcourt<br>Jeremy Sporn<br><br>**Defense Counsel** | |

**[X] Open Court**          **[ ] Chambers**          **[ ] Teleconference**

Defendant present, in custody of the US Marshal. All parties present in the courtroom.

**9:53 am**
**All parties present**
**w/o Jury**

Court advises counsel that a verdict has been reached.

**9:56 am** Jury returns to open court with verdict form.

**Deputy Clerk reads Verdict: Defendant Guilty as charged in Counts 1, 2, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14 and 15 of the Indictment and Not Guilty as charged in Count 9 of the Indictment.**

Jury polled individually with the following two questions: Is this your verdict? Is this the verdict of the Jury? All 12 jurors answer yes to both questions.

**10:09 am** Jury excused with thanks of the Court.

Court and counsel discuss sentencing date.

**[ ]  ORDER FORTHCOMING**

| CONVENED:  9:53 A.M. | RECESSED:  10:15 A.M. | TOTAL: 0:22 HR. | |
|---|---|---|---|

*USA -vs- James Dean Cloud*  March 9, 2022
1:19-CR-2032-SMJ-1  Page 2
Jury Trial – Day 9

**Court**: Sentencing set for **July 26, 2022 at 1:30 p.m. in Yakima** – Order Regarding Schedule for Sentencing to be signed and filed.

**10:15 am Court adjourned.**